| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 441945421 | For Optional Use by Recording Office | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

21-0046923683
10/20/2021 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
1088399460010

Name of Taxpayer LINDERIAN COMPANY LTD, a Partnership

Residence 403 SYLVIA ST
LONGVIEW, TX 75604-1153

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/2021 | XX-XXX8556 | 07/19/2021 | 08/18/2031 | 207703.92 |

Place of Filing

Secretary of State
Austin, TX 78711

Total $ 207703.92

This notice was prepared and signed at NASHVILLE, TN , on this,

the 08th day of October, 2021.

| Signature *[signature]* for TEENA BRADBURY | Title REVENUE OFFICER (903) 266-5857 | 25-01-5334 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | **Serial Number** 437050421 | **For Optional Use by Recording Office** | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

21-0036308245
08/17/2021 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
1073351820010

**Name of Taxpayer** LINDERIAN COMPANY LTD, a Partnership

**Residence** 403 SYLVIA ST
LONGVIEW, TX 75604-1153

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2020 | XX-XXX8556 | 07/12/2021 | 08/11/2031 | 542.76 |
| 941 | 12/31/2020 | XX-XXX8556 | 05/10/2021 | 06/09/2031 | 249626.39 |

**Place of Filing**
Secretary of State
Austin, TX 78711

**Total** $ 250169.15

This notice was prepared and signed at NASHVILLE, TN, on this, the 06th day of August, 2021.

| Signature for TEENA BRADBURY | Title REVENUE OFFICER (903) 266-5857 | 25-01-5334 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

17489

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 434856921 | For Optional Use by Recording Office | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

21-0030403780
07/16/2021  05:00 PM

  FILED
TEXAS SECRETARY OF STATE
SOS


1066313870004

**Name of Taxpayer** LINDERIAN COMPANY LTD, a Partnership

**Residence** 301 HOLLYBROOK DR
LONGVIEW, TX 75605-2461

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2020 | XX-XXX8556 | 12/28/2020 | 01/27/2031 | 20755.02 |

Place of Filing
Secretary of State
Austin, TX 78711

Total $ 20755.02

This notice was prepared and signed at ____NASHVILLE, TN____, on this,

the __07th__ day of __July__, __2021__.

| Signature *[signed]* for TEENA BRADBURY | Title REVENUE OFFICER (903) 266-5857 | 25-01-5334 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

12832

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

**Area:**
SMALL BUSINESS/SELF EMPLOYED AREA #5
Lien Unit Phone: (800) 913-6050

**Serial Number**
433562121

**For Optional Use by Recording Office**

21-0028534338
07/06/2021 05:00 PM

FILED
TEXAS SECRETARY OF STATE
SOS

1064117990005

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** LINDERIAN COMPANY LTD, a Partnership

**Residence**  301 HOLLYBROOK DR
LONGVIEW, TX 75605-2461

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2019 | XX-XXX8556 | 02/22/2021 | 03/24/2031 | 2458.23 |
| 941 | 09/30/2020 | XX-XXX8556 | 03/22/2021 | 04/21/2031 | 102915.20 |

**Place of Filing**

Secretary of State
Austin, TX 78711

**Total** $ 105373.43

This notice was prepared and signed at _____NASHVILLE, TN_____, on this,

the __15th__ day of __June__, __2021__.

**Signature** _Elwin Dean Long_ for TEENA BRADBURY

**Title** REVENUE OFFICER
(903) 266-5857

25-01-5334

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

17505

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 421390020 | For Optional Use by Recording Office |
|---|---|---|

RECEIVED DEC 17 2020

20-00621076224 12/17/2020 05:00 PM FILED TEXAS SECRETARY OF STATE SOS 1014462630011

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer LINDERIAN COMPANY LTD, a Partnership

Residence    301 HOLLYBROOK DR
             LONGVIEW, TX 75605-2461

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 09/30/2019 | XX-XXX8556 | 12/30/2019 | 01/29/2030 | 184291.90 |
| 941 | 12/31/2019 | XX-XXX8556 | 03/30/2020 | 04/29/2030 | 245499.28 |
| 941 | 03/31/2020 | XX-XXX8556 | 09/14/2020 | 10/14/2030 | 2739.4.21 |

Place of Filing

Secretary of State
Austin, TX 78711

Total $ 457185.39

This notice was prepared and signed at _____NASHVILLE, TN_____, on this,

the __03rd__ day of __December__, __2020__.

| Signature *[signed]* for TEENA BRADBURY | Title REVENUE OFFICER (903) 266-5857 | 25-01-5334 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) (Rev. February 2004) | 17489 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 390677319 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

19-00043518809
11/15/2019 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
927682890009
RECEIVED NOV 15 2019

Name of Taxpayer  LINDERIAN COMPANY LTD, a Partnership

Residence  403 SYLVIA ST
LONGVIEW, TX 75604-1153

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1065 | 12/31/2018 | XX-XXX8556 | 10/07/2019 | 11/06/2029 | 2400.00 |
| 941 | 09/30/2015 | XX-XXX8556 | 12/07/2015 | 01/06/2026 | 15176.60 |
| 941 | 12/31/2015 | XX-XXX8556 | 04/04/2016 | 05/04/2026 | 247410.88 |
| 941 | 03/31/2016 | XX-XXX8556 | 07/11/2016 | 08/10/2026 | 89062.21 |
| 941 | 09/30/2017 | XX-XXX8556 | 02/19/2018 | 03/20/2028 | 12936.63 |
| 941 | 12/31/2017 | XX-XXX8556 | 03/19/2018 | 04/18/2028 | 193596.93 |
| 941 | 03/31/2018 | XX-XXX8556 | 07/02/2018 | 08/01/2028 | 166634.76 |
| 941 | 06/30/2018 | XX-XXX8556 | 11/26/2018 | 12/26/2028 | 218308.18 |
| 941 | 09/30/2018 | XX-XXX8556 | 12/31/2018 | 01/30/2029 | 254257.01 |
| 941 | 12/31/2018 | XX-XXX8556 | 04/01/2019 | 05/01/2029 | 263333.89 |
| 941 | 03/31/2019 | XX-XXX8556 | 07/08/2019 | 08/07/2029 | 258400.05 |

Place of Filing

Secretary of State
Austin, TX 78711

Total $ 1721517.14

This notice was prepared and signed at _____NASHVILLE, TN_____, on this,

the __04th__ day of __November__, __2019__.

| Signature *[signed]* for TEENA BRADBURY | Title REVENUE OFFICER (903) 266-5857 | 25-01-5334 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

11953

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 180288215 | For Optional Use by Recording Office | |

15-0033367028
10/16/2015 05:00 PM


FILED
TEXAS SECRETARY OF STATE
SOS

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.


636222340008

Name of Taxpayer LINDERIAN COMPANY LTD, a Partnership

Residence   403 SYLVIA ST
            LONGVIEW, TX 75604-1153


RECEIVED OCT 16 2015 CLK 88

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2014 | XX-XXX8556 | 07/06/2015 | 08/05/2025 | 9119.30 |
| 941 | 03/31/2015 | XX-XXX8556 | 06/22/2015 | 07/22/2025 | 254703.05 |

Place of Filing

Secretary of State
Austin, TX 78711

Total $ 263822.35

This notice was prepared and signed at _____NASHVILLE, TN_____, on this,

the ___06th___ day of ___October___, _2015_.

| Signature for LEONARD ISABELL | Title REVENUE OFFICER (903) 291-2235 x2250 | 25-01-5316 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) (Rev. February 2004) | 11953 Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | **Serial Number** 170931415 | **For Optional Use by Recording Office** | |

15-0027450993
08/18/2015 05:00 PM

  FILED  TEXAS SECRETARY OF STATE
SOS


627418150010

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  LINDERIAN COMPANY LTD, a Partnership

Residence   301 HOLLYBROOK DR
            LONGVIEW, TX 75605-2461

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

RECEIVED AUG 18 2015 CLK 85

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2011 | XX-XXX8556 | 10/22/2012 | 11/21/2022 | |
| 940 | 12/31/2011 | XX-XXX8556 | 03/30/2015 | 04/29/2025 | 684.47 |
| 941 | 12/31/2014 | XX-XXX8556 | 03/30/2015 | 04/29/2025 | 252925.44 |

Place of Filing
    Secretary of State
    Austin, TX 78711

Total  $  253609.91

This notice was prepared and signed at   NASHVILLE, TN   , on this,

the  10th  day of  August , 2015.

| Signature *Cheryl Cordero* for LEONARD ISABELL | Title REVENUE OFFICER (903) 291-2235 x2250 | 25-01-5316 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X