# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 11** |
| **THE LINDERIAN COMPANY, LTD.** | § | **Case No. 22-60024** |
| | § | |
| Debtor. | § | **Emergency Hearing requested for:** |
| | § | **January 21, 2022** |

## AMENDED CERTIFICATE OF SERVICE FOR
## DEBTOR'S EMERGENCY MOTION FOR APPROVAL TO INCUR AND USE
## UNSECURED POSTPETITION FINANCING UNDER 11 U.S.C. §§363 AND 364(b)

**[Relates to Dkt. No. 5]**

The undersigned certifies that, on January 20, 2022, a true and correct copy of the foregoing document was served: (a) via the Court's CM/ECF system upon all parties receiving notice thereby; (b) to the Subchapter V Trustee; (c) to the U.S. Trustee; and (d) via first-class mail, postage prepaid, on the attached matrix of creditors.

Dated: January 20, 2022

Respectfully submitted,

*/s/Robert C. Rowe*
Mark A. Castillo
Texas State Bar No. 24027795
Robert C. Rowe
Texas State Bar No. 24086253
CURTIS | CASTILLO PC
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile: 214.752.0709
Email: mcastillo@curtislaw.net
rrowe@curtislaw.net

**PROPOSED COUNSEL
FOR DEBTOR IN POSSESSION**