REPUBLIC SERVICES

EXHIBIT 1

PO Box 1139
Kilgore TX 75663-1139

**Customer Service** (800) 678-7274
RepublicServices.com/Support

**Important Information**
It's easy to go paperless! Sign up for Paperless Billing at RepublicServices.com and enjoy the convenience of managing your account anytime, anywhere, on any device.

| | |
|---|---|
| **Account Number** | **3-0070-0032679** |
| Invoice Number | 0070-003124917 |
| Invoice Date | December 25, 2021 |
| **Past Due on 12/25/21** | **$2,988.00** |
| Payments/Adjustments | -$1,435.65 |
| **Current Invoice Charges** | **$1,481.67** |

| Total Amount Due | Payment Due Date |
|---|---|
| **$3,034.02** | **Past Due** |

## PAYMENTS/ADJUSTMENTS

| Description | Reference | Amount |
|---|---|---|
| Payment - Thank You 12/01 | 5555555 | -$1,470.65 |
| 12/24/21 Unreferenced Memo | | $35.00 |
| Re: Service Interrupt | | |

## CURRENT INVOICE CHARGES

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Summer Meadows 301 Hollybrook Dr CSA A216780127** | | | | |
| **Longview, TX Contract: 8040 (C31)** | | | | |
| **1 Front Load 6 Yd Comp, 3 Lifts Per Week** | | | | |
| Pickup Service 01/01-01/31 | | | $740.84 | $740.84 |
| Rental 01/01-01/31 | | 1.0000 | $143.81 | $143.81 |
| **Administrative Fee** | | | | $5.95 |
| **Total Fuel/Environmental Recovery Fee** | | | | $335.60 |
| **Total Franchise - Local** | | | | $122.02 |
| **Total City Sales Tax** | | | | $20.23 |
| **Total County Sales Tax** | | | | $6.72 |
| **Total State Sales Tax** | | | | $84.26 |
| **Late Fee 12/25** | | | | $22.24 |
| **CURRENT INVOICE CHARGES, Due by January 14, 2022** | | | | **$1,481.67** |

VENDOR # 6599
DATE OF INV 12/25/21
ACCT# 66440 AMOUNT 1481.67
TOTAL INVOICE 1481.67

| Past Due | 30 Days | 60 Days | 90+ Days |
|---|---|---|---|
| | $81.70 | $1,470.65 | $0.00 |

REPUBLIC SERVICES

PO Box 1139
Kilgore TX 75663-1139

Please Return This Portion With Payment

| | |
|---|---|
| Total Amount Due | $3,034.02 |
| Payment Due Date | Past Due |
| Account Number | 3-0070-0032679 |
| Invoice Number | 0070-003124917 |

**Total Enclosed**

Return Service Requested

For Billing Address Changes, Check Box and Complete Reverse.

Make Checks Payable To:

00167684 MSP 379
SUMMER MEADOWS
RANDY BOBO
301 HOLLYBROOK DR
LONGVIEW TX 75605-2461

REPUBLIC SERVICES #070
FOR ALLIED WASTE SYSTEMS, INC
PO BOX 78829
PHOENIX AZ 85062-8829

300700032679000000312491700014816700030340024

**REPUBLIC** SERVICES

**UNDERSTANDING YOUR BILL**
Visit RepublicServices.com/MyBill

**Check Processing**
When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account.  When we make an electronic transfer, funds may be withdrawn from your account the same day we receive your payment or check and you will not receive your check back from your financial institution.

**Cancellation & Payment Policy**
Unless prohibited by applicable law, regulation, or franchise or other agreement: (1) we reserve the right to require that payment for services be made only by check, credit card or money order; and (2) if service is canceled during a billing cycle, you will remain responsible for all charges, fees and taxes through the end of the billing cycle. You will not be entitled to proration of billing or a refund for the period between the notice of termination and the end of the current billing cycle.

**Understanding Our Rates, Charges and Fees**
If you are receiving service from Republic Services without a written contract, please visit RepublicServices.com/Fees to review the financial terms and conditions relating to your service. If you are receiving service from Republic Services pursuant to a written contract, but have questions relating to any charges or fees, RepublicServices.com/Fees provides a detailed description of Republic Services' most common charges and fees. If you do not have access to a computer, you may request that a copy be mailed to you by calling Customer Service at the number on the front of this invoice.

# Simple account access at your fingertips.

Download the Republic Services app or visit RepublicServices.com today.



Please fill out the form below  if your billing address has changed and return this portion of your statement  to us using the envelope  enclosed. Thank you!

**BILLING ADDRESS CHANGE**

| Address | | |
|---|---|---|
| City | State | Zip Code |
| Phone | Alternate Phone | |



**SOUTHWESTERN ELECTRIC POWER COMPANY**

Amount due on or before January 27, 2022 **$5,503.13**

Bill mailing date is Jan 10, 2022
Account #966-750-832-3-0

**Non-Payment/Return Mail:**
PO BOX 24401
CANTON, OH  44701-4401

SERVICE ADDRESS: LINDERIAN COMPANY LTD, 301 HOLLYBROOK DR, LONGVIEW, TX 75605-2461                CY 07

LINDERIAN COMPANY LTD
301 HOLLYBROOK DR
LONGVIEW TX 75605-2461

**Notes from SWEPCO:**

**Make this bill the last one sent in the mail!**  Go paperless and get email alerts when your bill is ready. Sign up at AEPPaperless.com!

**Usage History (kWh):**



Jan 40,440 Feb 29,520 Mar 28,080 Apr 32,280 May 40,800 Jun 43,920 Jul 65,880 Aug 66,000 Sep 50,880 Oct 58,080 Nov 33,720 Dec 35,760 2021    Jan 41,040 2022

**Current bill summary:**
Billing from 12/08/21 - 01/10/22 (34 days)

Taxes & Fees $40.89

kWh 41,040
**$2,878.70**
Current Charges

Cost of Fuel for Power $1,235.22

Electric Service $1,602.59

**Methods of Payment**

swepco.com

PO Box 371496
Pittsburgh, PA 15250-7496

1-800-611-0964 (fee may apply)

**Need to get in touch?**

Customer Service: 1-888-216-3523
Hearing Impaired Relay (TTY): 1-800-735-2989
Outages: SWEPCO.com/Out or 1-888-218-3919
Representante del Servicios 1-888-216-3505
Interrupcion del Servicios 1-888-218-3924

*VENDOR # 6934*
*DATE OF INV 1/10/22*
*ACCT # 66400*
*AMOUNT 2878.70*
*TOTAL INVOICE 2878.70*

Turn over for important information!

Please tear on dotted line

Thank you for your prompt payment. Please include your account number on your check and return this stub with your payment.

LINDERIAN COMPANY LTD, 301 HOLLYBROOK DR, LONGVIEW, TX 75605-2461

287870

**Non-Payment/Return Mail:**
PO BOX 24401
CANTON, OH  44701-4401

Account #966-750-832-3-0
LINDERIAN COMPANY LTD

Amount due on or before January 27, 2022 **$5,503.13**

Payment Amount $

Pay $5,561.49 after 01/27/2022

Make check payable and send to:
SOUTHWESTERN ELECTRIC POWER
PO BOX 371496
PITTSBURGH, PA 15250-7496

☐ The **Neighbor to Neighbor** program helps disadvantaged customers pay their electric bill. I want to help. My payment reflects my gift of
$_____

0005503130005561490100000000009667508323010013001007900009

We at SWEPCO appreciate the opportunity to deliver safe, reliable energy to your home.

We're also here to answer your questions about your bill and power outages, and to help you use less energy.

## Manage your bill online

Did you know you can log into SWEPCO.com to view and pay your bill? You can:

- Sign up for paperless billing;
- Pay automatically from your bank account;
- Find a pay station near you; and
- Learn more about budget-friendly options such as the Average Monthly Payment Plan.

## Get billing, outage alerts via text, email

Log on to SWEPCO.com/Alerts to Sign up for text or email alerts to remind you to pay your bill and to confirm SWEPCO has received your payment.

You also can choose to be notified via text or email when an outage has been reported in your area. Updates will be sent when the cause has been identified and when our crews determine at what time they expect power to be restored.

## Real-time outage info at SWEPCO.com

Should your power go out, you can report it online at SWEPCO.com or by calling us.

You'll also find on our website an interactive map showing:

- Outages;
- How many customers are affected; and
- What time our crew expected the power to be restored.

## Save energy and money

At SWEPCO.com/Save, you'll find no-cost and low-cost ways to reduce your energy bills. You also can find out more about our energy efficiency programs for homes, schools and businesses.

Whether you have questions about your bill, need information about service or save money and energy, we're ready to help.

You also can find us on Facebook and Twitter, and at our blog, SWEPCOconnections.com.

Detailed copy of rate schedule will be furnished upon request.



**SOUTHWESTERN ELECTRIC POWER COMPANY**

## Service Address:

LINDERIAN COMPANY LTD
301 HOLLYBROOK DR
LONGVIEW, TX 75605-2461

**Account #966-750-832-3-0**

## Line Item Charges:

| Previous Charges | | |
|---|---|---|
| Total Amount Due At Last Billing | $ | 5,866.08 |
| Payment 01/03/22 - Thank You | | -3,243.17 |
| Late Payment Charge | | 53.24 |
| **Previous Balance Due** | **$** | **2,676.15** |

| Current SWEPCO Charges | | |
|---|---|---|
| **Tariff 243 - Lighting And Power**  01/10/22 | | |
| ESI-ID # 10176989683441650 | | |
| Energy Charges | $ | 1,450.92 |
| Cost of Fuel @ 0.0299630 Per kWh | | 1,229.68 |
| PUCT Consulting Fee Rider | | 1.97 |
| Rate Case Expense Surcharge | | 14.45 |
| Military Base Adjustment Factor | | 2.32 |
| Energy Efficiency Cost Recovery @ 0.0010730 Per kWh | | 44.04 |
| Transmission Cost Recovery Factor | | 45.35 |
| Distribution Cost Recovery Factor | | 23.08 |
| Municipal Franchise Fee | | 40.71 |
| **Current Balance Due** | **$** | **2,852.52** |
| **Tariff 098 - Area Lighting**  01/10/22 | | |
| ESI-ID # 10176989636982179 | | |
| Energy Charges 49 kWh Used (Nbr.Lights:1) | $ | 5.05 |
| Cost of Fuel @ 0.0299630 Per kWh | | 1.47 |
| Rate Case Expense Surcharge | | .02 |
| Transmission Cost Recovery Factor | | -.01 |
| Distribution Cost Recovery Factor | | .20 |
| Municipal Franchise Fee | | .05 |
| **Current Balance Due** | **$** | **6.78** |
| **Tariff 143 - Private Lighting**  01/10/22 | | |
| ESI-ID # 10176989683441651 | | |
| Energy Charges 136 kWh Used (Nbr.Lights:2) | $ | 14.60 |
| Cost of Fuel @ 0.0299630 Per kWh | | 4.07 |
| PUCT Consulting Fee Rider | | .01 |
| Rate Case Expense Surcharge | | .06 |

04416 6626923 008908 017815 000400004

## More Line Item Charges:

| | | |
|---|---|---|
| **Tariff 143 - Private Lighting**  01/10/22 | | |
| ESI-ID # 10176989683441651 | | |
| Military Base Adjustment Factor | | .01 |
| Transmission Cost Recovery Factor | | -.04 |
| Distribution Cost Recovery Factor | | .56 |
| Municipal Franchise Fee | | .13 |
| **Current Balance Due** | **$** | **19.40** |
| Deposit Interest Applied | $ | -51.72 |
| **Total Balance Due** | **$** | **5,503.13** |
| Pay $5,561.49 after 01/27/2022 | | |

## Usage Details:

⬆⬇Values reflect changes between current month and previous month.



| Usage: ⬆ 5280 kWh | Avg. Daily Cost: ⬆ $5.21 | Avg. Temperature: ⬇ 2 °F |
|---|---|---|

Total usage for the past 12 months: 542,160 kWh

Average (Avg.) monthly usage: 45,180 kWh

| Billed Usage 01/22 | | | | |
|---|---|---|---|---|
| Usage | Power Factor | Power Factor Constant | Meter Location Comp. | Billed Usage |
| | (100.0) | | | |
| 41,040 | - | - | - | 41,040 kWh |
| 84,000 | - | - | - | 84.000 kW |

## Meter Read Details:

| Meter #158375392 | | | | | |
|---|---|---|---|---|---|
| Previous | Type | Current | Type | Metered | Usage |
| 43605 | Actual | 43947 | Actual | 342 | 41,040 kWh |
| - | - | 0.700 | Actual | 0.7 | 84 kW |
| Service Period 12/07 - 01/10 | | | | | Multiplier 120 |
| Next scheduled read date should be between Feb 7 and Feb 10 . | | | | | |

## Notes from SWEPCO:

**Please contact us at 1-800-723-7430** if you believe this bill includes unauthorized charges. If you are not satisfied with our review, you may file a complaint with the Public Utility Commission of Texas, P.O. Box 13326, Austin, Texas 78711-3326. Telephone: (512) 936-7120 or toll free in Texas at (888) 782-8477. Hearing and speech-impaired individuals with text telephones (TTY) may contact the commission at (512) 936-7136.

You may view detailed rate information online at https://www.swepco.com/ account/bills/rates/.

Detailed copy of rate schedule will be furnished upon request.

Due date does not apply to previous balance due.

Enjoy the benefits of constant connection. Download our mobile app today, at Google Play and iTunes stores.

2088-2  11675

008521 1385760 0000000 018006 036012 04/04



**SOUTHWESTERN ELECTRIC POWER COMPANY**

Amount due on or before January 27, 2022 **$3,179.20**

Bill mailing date is Jan 10, 2022
Account #966-929-042-2-8

**Non-Payment/Return Mail:**
PO BOX 24401
CANTON, OH  44701-4401

SERVICE ADDRESS: LINDERIAN COMPANY LTD, 2104 AIRLINE RD, LONGVIEW, TX 75605-5161

CY 07

004416 6626923 000 01 001

LINDERIAN COMPANY LTD
301 HOLLYBROOK DR
LONGVIEW TX 75605-2461

**Notes from SWEPCO:**

**Make this bill the last one sent in the mail!**   Go paperless and get email alerts when your bill is ready. Sign up at AEPPaperless.com!

**Usage History (kWh):**



Jan 17,990  Feb 13,520  Mar 21,120  Apr 15,040  May 15,200  Jun 12,160  Jul 22,400  Aug 26,460  Sep 20,980  Oct 22,560  Nov 19,440  Dec 18,480  Jan 22,320

2021                                                    2022

**Current bill summary:**
Billing from 12/08/21 - 01/10/22 (34 days)

Taxes & Fees $22.88

kWh 22,320
$1,672.50
Current Charges

Cost of Fuel for Power $691.12

Electric Service $958.50

VENDOR # 1429
DATE OF INV 1/10/22
ACCT# 66400   AMOUNT 1672.50
TOTAL INVOICE 1672.50

Please tear on dotted line

**Methods of Payment**

swepco.com

PO Box 371496
Pittsburgh, PA 15250-7496

1-800-611-0964 (fee may apply)

**Need to get in touch?**

Customer Service: 1-888-216-3523
Hearing Impaired Relay (TTY): 1-800-735-2989
Outages: SWEPCO.com/Out or 1-888-218-3919
Representante del Servicios 1-888-216-3505
Interrupcion del Servicios 1-888-218-3924

Turn over for important information!

Thank you for your prompt payment. Please include your account number on your check and return this stub with your payment.

LINDERIAN COMPANY LTD, 2104 AIRLINE RD, LONGVIEW, TX 75605-5161

**SOUTHWESTERN ELECTRIC POWER COMPANY**

**Non-Payment/Return Mail:**
PO BOX 24401
CANTON, OH  44701-4401

167250
Account #966-929-042-2-8
LINDERIAN COMPANY LTD

Amount due on or before January 27, 2022 **$3,179.20**

Payment Amount $

Pay $3,214.84 after 01/27/2022

Make check payable and send to:
SOUTHWESTERN ELECTRIC POWER
PO BOX 371496
PITTSBURGH, PA 15250-7496

☐ The **Neighbor to Neighbor** program helps disadvantaged customers pay their electric bill. I want to help. My payment reflects my gift of
$_____

0003179200000321484010000000000966929042281001300100790000 4

We at SWEPCO appreciate the opportunity to deliver safe, reliable power to your home.

We're also here to answer your questions about your bill and power outages, and to help you use less energy.

### Manage your bill online

Did you know you can log into SWEPCO.com to view and pay your bill? You can:

- Sign up for paperless billing;
- Pay automatically from your bank account;
- Find a pay station near you; and
- Learn more about budget-friendly options such as the Average Monthly Payment Plan.

### Get billing, outage alerts via text, email

Log on to SWEPCO.com/Alerts to Sign up for text or email alerts to remind you to pay your bill and to confirm SWEPCO has received your payment.

You also can choose to be notified via text or email when an outage has been reported in your area. Updates will be sent when the cause has been identified and when our crews determine at what time they expect power to be restored.

### Real-time outage info at SWEPCO.com

Should your power go out, you can report it online at SWEPCO.com or by calling us.

You'll also find on our website an interactive map showing:

- Outages
- How many customers are affected; and
- What time our crew expected the power to be restored.

### Save energy and money

At SWEPCO.com/Save, you'll find no-cost and low-cost ways to reduce your energy bills. You also can find out more about our energy efficiency programs for homes, schools and businesses.

Whether you have questions about your bill, need information about service or save money and energy, we're ready to help.

You also can find us on Facebook and Twitter, and at our blog, SWEPCOconnections.com.

**Detailed copy of rate schedule will be furnished upon request.**



**SOUTHWESTERN ELECTRIC POWER COMPANY**

## Service Address:

LINDERIAN COMPANY LTD
2104 AIRLINE RD
LONGVIEW, TX 75605-5161

**Account #966-929-042-2-8**

## Line Item Charges:

| Previous Charges | | |
|---|---|---|
| Total Amount Due At Last Billing | $ | 3,004.00 |
| Payment 01/03/22 - Thank You | | -1,507.79 |
| Late Payment Charge | | 32.11 |
| **Previous Balance Due** | **$** | **1,528.32** |

| Current SWEPCO Charges | | |
|---|---|---|
| **Tariff 243 - Lighting And Power** 01/10/22 | | |
| ESI-ID # 10176989629427340 | | |
| Energy Charges | $ | 833.33 |
| Cost of Fuel @ 0.0299630 Per kWh | | 668.77 |
| PUCT Consulting Fee Rider | | 1.07 |
| Rate Case Expense Surcharge | | 7.86 |
| Military Base Adjustment Factor | | 1.26 |
| Energy Efficiency Cost Recovery @ 0.0010730 Per kWh | | 23.95 |
| Transmission Cost Recovery Factor | | 27.21 |
| Distribution Cost Recovery Factor | | 13.85 |
| Municipal Franchise Fee | | 22.14 |
| **Current Balance Due** | **$** | **1,599.44** |
| **Tariff 135 - Area Lighting** 01/10/22 | | |
| ESI-ID # 10176989629427341 | | |
| Energy Charges 746 kWh Used (Nbr.Lights:2) | $ | 46.68 |
| Cost of Fuel @ 0.0299630 Per kWh | | 22.35 |
| PUCT Consulting Fee Rider | | .04 |
| Rate Case Expense Surcharge | | .32 |
| Military Base Adjustment Factor | | .07 |
| Transmission Cost Recovery Factor | | -.22 |
| Distribution Cost Recovery Factor | | 3.08 |
| Municipal Franchise Fee | | .74 |
| **Current Balance Due** | **$** | **73.06** |
| Deposit Interest Applied | $ | -21.62 |
| **Total Balance Due** | **$** | **3,179.20** |
| Pay $3,214.84 after 01/27/2022 | | |

## Usage Details:

⬆⬇Values reflect changes between current month and previous month.



Total usage for the past 12 months: 225,120 kWh
Average (Avg.) monthly usage: 18,760 kWh

| Billed Usage 01/22 | | | | |
|---|---|---|---|---|
| Usage | Power Factor | Power Factor Constant | Meter Location Comp. | Billed Usage |
| | (100.0) | | | |
| 22,320 | - | - | - | 22,320 kWh |
| 50.400 | - | - | - | 50.400 kW |

## Meter Read Details:

Meter #158375391

| Previous | Type | Current | Type | Metered | Usage |
|---|---|---|---|---|---|
| 27008 | Actual | 27287 | Actual | 279 | 22,320 kWh |
| - | - | 0.630 | Actual | 0.63 | 50.4 kW |
| Service Period 12/07 - 01/10 | | | | | Multiplier 80 |
| Next scheduled read date should be between Feb 7 and Feb 10 . | | | | | |

## Notes from SWEPCO:

**Please contact us at 1-800-723-7430** if you believe this bill includes unauthorized charges. If you are not satisfied with our review, you may file a complaint with the Public Utility Commission of Texas, P.O. Box 13326, Austin, Texas 78711-3326. Telephone: (512) 936-7120 or toll free in Texas at (888) 782-8477. Hearing and speech-impaired individuals with text telephones (TTY) may contact the commission at (512) 936-7136.

You may view detailed rate information online at https://www.swepco.com/ account/bills/rates/.

Detailed copy of rate schedule will be furnished upon request.

Due date does not apply to previous balance due.

Enjoy the benefits of constant connection. Download our mobile app today, at Google Play and iTunes stores.

2088-1  11671

008521 138576O OOOOOOO 018OO4 036OO8 O2/04

# Invoice

**RetirementHomeTV Corporation**

4604 Arden Drive
Fort Wayne, IN 46804
(877) 477-3474

*handwritten stamp:* VENDOR # 1/17/21 DATE OF INV AMOUNT ACCT# 60430 843.20 TOTAL INVOICE 843.20

| Date | Invoice # |
|------|-----------|
| 1/17/2022 | 143445 |



www.retirementhometv.com

| Bill To |
|---------|
| SUMMER MEADOWS |
| 301 HOLLYBROOK DR |
| LONGVIEW, TX 75605 |

| P.O. Number | Terms | Due Date | Property | Account # |
|-------------|-------|----------|----------|-----------|
| | Net 20 | 2/6/2022 | | 78663 |

| Description | Amount |
|-------------|--------|
| Monthly Charges beginning on date of invoice for one month | 793.60T |
| TX Sales & Use Tax 6.25% | 49.60 |

**Programming Services for Past Due Accounts will be turned off after 15 days delinquent.  A $100 reconnection Fee will be charged.  Please avoid disruption of TV Service to your residents by paying your invoice promptly.**

| | Total | $843.20 |
|---|-------|---------|

**5% finance charge if received after due date.**

Pay your bill over the phone! Call us at 877-477-3474.  For added convenience, let us know your email address for receiving invoices.  Auto-pay is also available.

**RetirementHomeTV Corporation**

4604 Arden Drive
Fort Wayne, IN 46804

(877) 477-3474

# Finance Charge

| Date | Invoice # |
|------|-----------|
| 1/7/2022 | FC 4294939286 |



www.retirementhometv.com

| Bill To |
|---------|
| SUMMER MEADOWS<br>301 HOLLYBROOK DR<br>LONGVIEW, TX 75605 |

| P.O. No. | Terms | Account # |
|----------|-------|-----------|
|  |  | 78663 |

| Description | Amount |
|-------------|--------|
| Finance Charges on Overdue Balance<br>Invoice #141245 for 843.20 on 12/17/2021 | 42.16 |

VENDOR # 4819
DATE OF INV 12/17/21
ACCT # 66 30    AMOUNT 42.16
TOTAL INVOICE 42.16

| | Total | $42.16 |
|--|-------|--------|

Pay your bill over the phone! Call us at 877-477-3474.  For added convenience, let us know
your email address for receiving invoices.  Auto-pay is also available.



# CITY OF LONGVIEW
Real East Texas

Customer Service 903-237-1030
Se habla Español 903-237-1030
Website: LongviewTexas.gov/Water
Email: Water@LongviewTexas.gov

| | |
|---|---|
| Past Due Balance - Subject to Deactivation | $483.85 |
| **Current Charges Due 02/07/22** | **$353.81** |
| This date does not extend the due date for any past due balance | |
| **Total Amount Due** | **$837.66** |

| | |
|---|---|
| **Name:** | **LINDERIAN COMPANY LTD** |
| **Service Address:** | **301 HOLLYBROOK DR** |
| **Account Number:** | **22700941-12** |
| **Customer Number:** | **00091050** |
| **Account Type:** | **COMMERCIAL** |

## Account Activity Since Last Statement

| | |
|---|---|
| PREVIOUS BALANCE | $801.39 |
| LATE PAYMENT FEE  01/10/2022 | $35.77 |
| PAYMENT  12/30/2021 THANK YOU! | -$403.31 |
| REACTIVATION FEES  12/16/2021 | $50.00 |
| BALANCE FORWARD | $483.85 |

*Pd 1/4/22 OnLine*

## Meter Reading Information

| | |
|---|---|
| Present Reading Date: | 01/05/2022 |
| Previous Reading Date: | 12/06/2021 |
| Billing Days: | 30 |
| Reading Type: | MR |

## Current Charges

| | |
|---|---|
| WATER SERVICE: | $187.36 |
| SEWER SERVICE: | $166.45 |
| CURRENT CHARGES | $353.81 |

## Usage Information

| Meter number | Present | Previous | Usage in Gallons |
|---|---|---|---|
| 0012607886 | 004360 | 004145 | 21500 |
| 0022607886 | 02650 | 02455 | 19500 |



VENDOR # 6956
DATE OF INV 1/15/22
ACCT# 060420
AMOUNT 353.81
TOTAL INVOICE 353.81

Please use water wisely during the upcoming winter months.
Your monthly residential sewer charge is determined by your
average water use during the months of November, December
and January, as billed in December, January and February.

Please detach and return bottom portion. Make checks payable to City of Longview. All checks will be converted to Electronic Funds Transfer.

# CITY OF LONGVIEW
Real East Texas
WATER UTILITIES

P.O. Box 1952
Longview, Texas 75606

☐ Check here for change of information on reverse

| | |
|---|---|
| Account Number: | 22700941-12 |
| Customer Number: | 00091050 |
| Service Address: | 301 HOLLYBROOK DR |
| **Due Date:** | **02/07/22** |
| **Total Amount Due:** | **$837.66** |

| | |
|---|---|
| Total amount due on or after 02/08/22 | $873.05 |
| This payment includes my tax deductible gift: | |
| Longview Animal Care and Adoption | $ _____ |
| **TOTAL AMOUNT ENCLOSED $** | |

LVW0113A  5096 1 AV 0.426
7000005314 00.0015.0292 5096/1



LINDERIAN COMPANY LTD
301 HOLLYBROOK DR
LONGVIEW TX 75605-2461

CITY OF LONGVIEW - WATER UTILITIES
P.O. BOX 1952
LONGVIEW, TX 75606-1952

22700941 12008376600873052

## IMPORTANT

This bill is DUE AND PAYABLE UPON RECEIPT. An account becomes past due any time after the DUE DATE on this utility bill. All payments must be in the Water Utilities Billing Office no later than 5 p.m. on the DUE DATE; or a 10% LATE PAYMENT FEE will be assessed and a NOTICE OF DEACTIVATION will be issued for the TOTAL AMOUNT DUE. Please note that even if a utility bill is not received, the customer/account holder will not be relieved of the responsibility of paying all utility charges and fees that are applicable to the account.

If it becomes necessary to start collection procedures for a PAST DUE bill, an account becomes DEACTIVATED and subsequently scheduled for turn-off; then a REACTIVATION FEE of $50 will be assessed, in addition to all charges accrued on the account. If your utility account has been DEACTIVATED OR water service TURNED OFF for nonpayment, full payment (the past due amount and the REACTIVATION FEE) must be made to restore service. If full payment is made before 3:00 p.m., water service will be restored before 8:00 p.m. on the same day. If full payment is made after 3:00 p.m., you may request same day service for an additional fee of $50. Otherwise, water service will be restored on the next day.

A customer may advise the Water Utilities Billing Office about a billing dispute by written notice or in person during normal business hours: 8 a.m. to 5 p.m., Monday through Friday. The dispute must be registered with this office and a payment equal to the customer's average monthly usage at current rates must be received prior to the NOTICE OF DEACTIVATION DATE to avoid an interruption of your service. As a customer, you are responsible for paying all utility services until you close your account.

## CONTACT US

In person: 300 W. Cotton Street          By phone: 903-237-1030          By email: Water@LongviewTexas.gov
After hours water and sewer emergency: 903-236-3030                      Sanitation: 903-237-1250

## PAY YOUR UTILITY BILL

Lobby and Drive Thru......................Monday-Friday 8:00-5:00
Postal Mail...................................Please allow 3 to 5 days to receive mail delivery.
Night Deposit Box.........................Payments after 3 p.m. are processed on the next day.
Online Account at City website........Water@LongviewTexas.gov
Automated Phone Payment.............903-237-1030 Option 1
eBill (receive e-mail notification)......Water@LongviewTexas.gov
Fidelity Express Payment................Authorized Payment Centers throughout the City
Automatic Bank Draft.....................Call 903-237-1030 or download form at City website.
Quick Pay Online...........................Water@LongviewTexas.gov
{The City does not charge for the use of these payment options.}

All check payments are converted to Electronic Funds Transfer. Please make sure that adequate funds are available in your bank account. A returned payment fee of $30 will be charged for a returned payment.

MAKE CHECK PAYABLE TO:                Billing Address _____

City of Longview—Water Utilities       _____
P. O. Box 1952
Longview, TX 75606-1952                Phone Number _____

                                       Email Address _____

        Check here to sign up for e-billing



**Real East Texas**
**CITY OF LONGVIEW**

Customer Service 903-237-1030
Se habla Español 903-237-1030
Website: LongviewTexas.gov/Water
Email: Water@LongviewTexas.gov

| Past Due Balance - Subject to Deactivation | $2,202.98 |
| **Current Charges Due 02/07/22** | **$1,634.87** |
| This date does not extend the due date for any past due balance | |
| **Total Amount Due** | **$3,837.85** |

| Name: | **LINDERIAN COMPANY LTD** |
| Service Address: | **301 HOLLYBROOK DR** |
| Account Number: | **22700942-12** |
| Customer Number: | **00091051** |
| Account Type: | **COMMERCIAL** |

### Account Activity Since Last Statement

| PREVIOUS BALANCE | $3,587.01 |
| LATE PAYMENT FEE  01/10/2022 | $181.04 |
| PAYMENT  12/30/2021 THANK YOU! | -$1,615.07 |
| REACTIVATION FEES  12/16/2021 | $50.00 |
| BALANCE FORWARD | $2,202.98 |

*Pd 1/14/22 online*

### Meter Reading Information

| Present Reading Date: | 01/05/2022 |
| Previous Reading Date: | 12/06/2021 |
| Billing Days: | 30 |
| Reading Type: | MR |

### Current Charges

| WATER SERVICE: | $701.72 |
| SEWER SERVICE: | $933.15 |
| CURRENT CHARGES | $1,634.87 |

### Usage Information

| Meter number | Present | Previous | Usage in Gallons |
|---|---|---|---|
| 0008424366 | 253410 | 251059 | 235100 |



VENDOR # 6395
DATE OF INV. 1/15/21
XCOT# 606 420   AMOUNT 1634.87
TOTAL INVOICE 1634.87

Please use water wisely during the upcoming winter months.
Your monthly residential sewer charge is determined by your
average water use during the months of November, December
and January, as billed in December, January and February.

Please detach and return bottom portion. Make checks payable to City of Longview. All checks will be converted to Electronic Funds Transfer.

**Real East Texas**
**CITY OF LONGVIEW**
**WATER UTILITIES**

P.O. Box 1952
Longview, Texas 75606

☐ Check here for change of information on reverse

| Account Number: | 22700942-12 |
| Customer Number: | 00091051 |
| Service Address: | 301 HOLLYBROOK DR |
| **Due Date:** | **02/07/22** |
| **Total Amount Due:** | **$3,837.85** |

| Total amount due on or after 02/08/22 | $4,001.34 |
| This payment includes my tax deductible gift: | |
| Longview Animal Care and Adoption | $ _____ |
| **TOTAL AMOUNT ENCLOSED $** | |

LVW0113A  5095 1 AV 0.426
7000005313 00.0015.0291 5095/1



LINDERIAN COMPANY LTD
301 HOLLYBROOK DR
LONGVIEW TX 75605-2461

CITY OF LONGVIEW - WATER UTILITIES
P.O. BOX 1952
LONGVIEW, TX 75606-1952

22700942120383785040013 40

## IMPORTANT

This bill is DUE AND PAYABLE UPON RECEIPT. An account becomes past due any time after the DUE DATE on this utility bill. All payments must be in the Water Utilities Billing Office no later than 5 p.m. on the DUE DATE; or a 10% LATE PAYMENT FEE will be assessed and a NOTICE OF DEACTIVATION will be issued for the TOTAL AMOUNT DUE. Please note that even if a utility bill is not received, the customer/account holder will not be relieved of the responsibility of paying all utility charges and fees that are applicable to the account.

If it becomes necessary to start collection procedures for a PAST DUE bill, an account becomes DEACTIVATED and subsequently scheduled for turn-off, then a REACTIVATION FEE of $50 will be assessed, in addition to all charges accrued on the account. If your utility account has been DEACTIVATED OR water service TURNED OFF for nonpayment, full payment (the past due amount and the REACTIVATION FEE) must be made to restore service. If full payment is made before 3:00 p.m., water service will be restored before 8:00 p.m. on the same day. If full payment is made after 3:00 p.m., you may request same day service for an additional fee of $50. Otherwise, water service will be restored on the next day.

A customer may advise the Water Utilities Billing Office about a billing dispute by written notice or in person during normal business hours: 8 a.m. to 5 p.m., Monday through Friday. The dispute must be registered with this office and a payment equal to the customer's average monthly usage at current rates must be received prior to the NOTICE OF DEACTIVATION DATE to avoid an interruption of your service. As a customer, you are responsible for paying all utility services until you close your account.

### CONTACT US

In person: 300 W. Cotton Street        By phone: 903-237-1030        By email: Water@LongviewTexas.gov
After hours water and sewer emergency: 903-236-3030                Sanitation: 903-237-1250

### PAY YOUR UTILITY BILL

Lobby and Drive Thru.........................Monday-Friday 8:00-5:00
Postal Mail.....................................Please allow 3 to 5 days to receive mail delivery.
Night Deposit Box............................Payments after 3 p.m. are processed on the next day.
Online Account at City website.........Water@LongviewTexas.gov
Automated Phone Payment...............903-237-1030 Option 1
eBill (receive e-mail notification)......Water@LongviewTexas.gov
Fidelity Express Payment..................Authorized Payment Centers throughout the City
Automatic Bank Draft.......................Call 903-237-1030 or download form at City website.
Quick Pay Online.............................Water@LongviewTexas.gov
        {The City does not charge for the use of these payment options.}

All check payments are converted to Electronic Funds Transfer. Please make sure that adequate funds are available in your bank account. A returned payment fee of $30 will be charged for a returned payment.

---

MAKE CHECK PAYABLE TO:                    Billing Address _____

City of Longview— Water Utilities         _____
P. O. Box 1952
Longview, TX  75606-1952                  Phone Number _____

                                          Email Address _____

        Check here to sign up for e-billing



**CREDIT**
MANAGEMENT, L.P.

6080 Tennyson Parkway, Suite 100
Plano, TX  75024
800-377-7723
7:00AM - 9:00PM M-Th, 7:00AM - 7:00PM Fr except holidays

www.creditmanagementonline.com

TO:   Meadows Summer
301 Hollybrook Dr Apt Office
Longview, TX  75605-2461

File number 25584764
01/12/22

**Credit Management, LP is a debt collector.** We are trying to collect a debt that you owe LONGVIEW CABLE TV. We will use any information you give us to help collect the debt.

## Our information shows:

You received service(s) from LONGVIEW CABLE TV under account number 0267960-02:

| | |
|---|---|
| As of 1/3/2022, you owed: | $270.69 |
| Between 1/3/2022 and today: | |
| You were charged this amount in interest: | + $.00 |
| You were charged this amount in fees: | + $83.37 |
| You paid or were credited this amount toward the debt: | - $.00 |
| **Total amount of the debt now:** | **$404.07** |

*Handwritten: Difference 50.01*
*270.69 Pd 12/31/21 ck#75631*
*83.37*
*354.06 *

## How can you dispute the debt?

- Call or write us by 03-04-2022, to dispute all or part of **the debt.** If you do not, we will assume that our information is correct.

- **If you write us by 03-04-2022,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at www.creditmanagementonline.com.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by 03-04-2022, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.creditmanagementonline.com.

- Go to **www.cfpb.gov/debt-collection** to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options.

---

CMI2/MD014/907031375195        5544/000003916/000003485

6080 Tennyson Parkway, Suite 100
Plano, TX  75024

### How do you want to respond?
*Check all that apply:*
- ☐ **I want to dispute the debt because I think:**
  - ☐ This is not my debt.
  - ☐ This amount is wrong.
  - ☐ Other (please describe on reverse or attach additional information).
- ☐ **I want you to send me the name and address of the original creditor.**
- ☐ **I enclosed this amount:** $_____
*Make your check payable to Credit Management. Include file number 25584764.*



Meadows Summer
301 Hollybrook Dr Apt Office
Longview, TX  75605-2461

Credit Management
711 NORTH HIGH ST
LONGVIEW, TX 75601-

# My Account

**Welcome**

**Account Name:**
SUMMER MEADOWS NURSING HOME

**Account Number:**
267960-02

**Service Address:**
301 HOLLYBROOK DR
APT OFFICE
LONGVIEW TX 75605

**User Name:**
Summer01

**Email:**
lwatsonsm@cablelynx.com

**Balance as of 1/21/2022:**

$0.00
**Pay My Bill**

Most Recent Bill:    $270.69

Next Bill Available:  1/15/2022

**View My Bill** (Feature/myaccount/pay_my_bill_sa.aspx#tab4)

**Manage Paperless Billing** (Feature/profile/request_paperless_bills.aspx)

**Find My Tech** (Feature/MyAccount/where_is_my_tech.aspx)

**Watch TV Everywhere** (https://www.watchtveverywhere.com/index.php?s=weh010-camtel&stop=1)

**Check My Email** (http://www.webmail.cablelynx.com/webmail/src/login.php)

**My Data Usage** (Feature/myaccount/my_data_usage.aspx)

**Activity Since Last Bill**

No Recent Activity



**(https://www.camdencabletv.com/digital-cable)**

### Digital Cable

Digital Cable delivers the best selection of current TV shows and hit movies. Over 265 channels with Digital Video Recorder and On-Screen TV Guide Navigator will allow you to watch TV on your schedule. Watch online with Watch TV Everywhere at no additional charge.



**(https://www.cablelynx.com/broadband)**

### Cablelynx Broadband Internet

Cablelynx delivers the fastest high-speed for all your wireless devices. Everyone in the house can enjoy speeds up to 50 Mbps to stream movies, watch HD shows, gaming or just online shopping, all at the same time.

View Details » (https://www.cablelynx.com/broadband)



**(https://www.cablelynx.com/phone)**

### Cablelynx Digital Phone

Cablelynx Home Phone is not your basic home phone – you can make it your own. You get unlimited local calls with options for unlimited domestic long distance and Enhanced Voicemail with family mailboxes. With online access, you can forward your phone calls, change your message or access your voicemail.



**(https://www.cablelynx.com/business-services)**

### Cablelynx Business Class

The best connection for all business needs is Cableynx. There are Broadband packages to meet a variety of business needs with speeds up to 1 Gig in select markets. Traditional and Hosted Phone services are available with Mobility options and Business Text features.

View Details » (https://www.camdencabletv.com/digital-cable)    View Details » (https://www.cablelynx.com/phone)    View Details » (https://www.cablelynx.com/

Contact Us: 1-800-903-0508 (tel:800-903-0508)

 (https://wehco-micc.wehco.windstreambusiness.net/ccmwa/chat/236295de-b43a-43ea-8d74-31beafc1441e)

Help (/feature/help/Default.aspx)          Logout

©2022 Longview Cable Television Co., Inc. ·

Cancel Request (/Feature/Myaccount/CancelService.aspx)  .  Privacy (/Privacy.aspx)  .  Terms (/TermsAndConditions.aspx)  .  Back to top

## Welcome

**Account Name:**
SUMMER MEADOWS NURSING HOME

**Account Number:**
267960-02

**Service Address:**
301 HOLLYBROOK DR
APT OFFICE
LONGVIEW TX 75605

**Questions?**

## View My Bill

| Amount Due | Amount Due | Payment Due By |
|---|---|---|
| Due Upon Receipt<br>**$270.69** | After:<br>**$270.69** | To Avoid Disconnect |

**Pay My Bill (pay_my_bill_sa.aspx)**

lect a Statement:

| 12/08/2021 Statement |
|---|

**View PDF**



| TOTAL BALANCE DUE FOR THE BILLING PERIOD 12/15 - 01/14 | $270.69 |
|---|---|



(https://www.camdencabletv.com/digital-cable)

### Digital Cable

Digital Cable delivers the best selection of current TV shows and hit movies. Over 265 channels with Digital Video Recorder and On-Screen TV Guide Navigator will



(https://www.cablelynx.com/broadband)

### Cablelynx Broadband Internet

Cablelynx delivers the fastest high-speed for all your wireless devices. Everyone in the house can enjoy speeds up to 50 Mbps to stream movies, watch HD shows, gaming or just online shopping, all at the same time.



(https://www.cablelynx.com/phone)

### Cablelynx Digital Phone

Cablelynx Home Phone is not your basic home phone – you can make it your own. You get unlimited local calls with options for unlimited domestic long distance and Enhanced Voicemail with family



(https://www.cablelynx.com/business-services)

### Cablelynx Business Class

The best connection for all business needs is Cablelynx. There are Broadband packages to meet a variety of business needs with speeds up to 1 Gig

View Details » (https://www.cablelynx.com/broadband)

Privacy -

allow you to watch TV on your schedule. Watch online with Watch TV Everywhere at no additional charge.

View Details » (https://www.camdencabletv.com/digital-cable)

Pay My Bill SA  My Account

mailboxes. With online access, you can forward your phone calls, change your message or access your voicemail.

View Details » (https://www.cablelynx.com/phone)

markets. Traditional and Hosted Phone services are available with Mobility options and Business Text features.

View Details » (https://www.cablelynx.c

Contact Us: **1-800-903-0508 (tel:800-903-0508)**

 (https://wehco-micc.wehco.windstreambusiness.net/ccmwa/chat/236295de-b43a-43ea-8d74-31beafc1441e)

**Help** (/feature/help/Default.aspx)          **Logout**

©2022 Longview Cable Television Co., Inc. ·

Cancel Request (/Feature/Myaccount/CancelService.aspx) ·   Privacy (/Privacy.aspx) ·   Terms (/TermsAndConditions.aspx) ·   Back to top

.

# CONTERRA NETWORKS
Fiber Driven. People Powered.

| | |
|---|---|
| Page: | 1 of 8 |
| Account: | 99820170583 |
| Bill Date: | Jan 01 2022 |
| Name: | SUMMER MEADOWS |

## Account Summary

| | |
|---|---|
| Previous Balance Due | $542.39 |
| Payment - Thank You - Dec 31 | $542.39CR |
| **Unpaid Balance as of Jan 03** | $.00 |

Bill is due in full by the payment due date shown at the top of your payment stub. Unpaid accounts are subject to immediate suspension. A reconnection fee will be required prior to restoring services.

Service provided by Network Communications, LLC., a Conterra Networks Company

### Current Charges Summary

| | |
|---|---|
| ClearVoice E Bundle 10 FLEX | $349.95 |
| Additional Landline Charges | $5.25 |
| Additional Internet Service Charges | $8.95 |
| Clearvoice Basic | $59.85 |
| Additional Landline Charges | $15.75 |
| Landline Charges | $47.25 |
| Taxes and Surcharges | $54.37 |
| **Total Current Charges** | **$541.37** |

| | |
|---|---|
| **Total Amount Due by Jan 31** | **$541.37** |
| Total Amount Due if not received by Jan 31 | $549.49 |

**Your Checking account will automatically be debited**



---

Please make checks payable to Conterra Networks

Please detach and remit with your payment

# CONTERRA NETWORKS
Fiber Driven. People Powered.
PO Box 281357
Atlanta, GA 30384-1357

220051152

************************SNGLP
213 2 SP 0.580      1 1 213

SUMMER MEADOWS
301 HOLLYBROOK DR
LONGVIEW TX 75605-2460

SUMMER MEADOWS
99820170604  99820170583      764
01/01/22    1

| Total Due By Jan 31 | $541.37 |
|---|---|
| Total Due After Jan 31 | $549.49 |
| | |
| **Amount to be Debited** | **Do Not Pay** |

☐Check here for address change

CONTERRA NETWORKS
P. O. BOX 281357
ATLANTA GA 30384-1357

9425100009982017060400099820170583000000541373

**Page:** 2 of 8
**Account:** 99820170583
**Bill Date:** Jan 01 2022
**Name:** SUMMER MEADOWS

## HELPFUL NUMBERS
Customer Service: 1-888-266-4836

## CORRESPONDENCE
Correspondence included with your payment takes longer to reach our Service Center. For a faster response, please call us at the number shown in the Helpful Numbers section of this bill.

## WHEN TO PAY YOUR BILL
Your payment is due when you receive your bill. If we do not receive full payment of your bill by the close of business on the "Payment Due By" date, your account will become past due. Once past due, service is subject to disconnection without further notice. If we disconnect your service for non-payment, you must pay the past due amount and a charge to reconnect your service. You may also be required to pay a deposit.

## HOW TO PAY YOUR BILL
Acceptable forms of payment are Check, Money order, Auto ACH debit, and Credit or Debit card. There is a $2.00 fee for payments made via credit or debit card. When mailing your payment, write the amount paid in the box on the remittance stub. Also, write your account number on your check. Place your check and remittance stub in the return envelope or a standard envelope and mail to the location below:

CONTERRA NETWORKS
P.O. BOX 281357
ATLANTA, GA 30384-1357

## CUSTOMER RIGHTS INFORMATION
If you believe that the local exchange provider or the interexchange carrier named in this bill is not the one you chose or if you believe there are unauthorized charges on this bill, please contact: Public Utility Commission of Texas, Office of Customer Protection, P.O. Box 13326, Austin, Texas 78711-3326, 1-512-936-7120 or toll free in Texas at 1-888-782-8477. Hearing and speech-impaired individuals with text telephones (TTY) may contact the Commission at (512) 936-7136. When corresponding by mail, please include your complaint and copies of the phone bills you believe show that your carrier was changed. Please contact Network Communications to switch your service back to the carrier of your choice.

Your bill may include charges for 900 and/or information services which are essentially non-communications services. You may withhold payment if you dispute these charges within 60 days. Action to collect disputed amounts will be suspended pending investigation of the dispute. Neither local or long-distance services can be disconnected for non-payment of the disputed amounts, although other action may be taken to collect amounts unpaid but not disputed. You may request 900 number blocking from Network Communications. In addition, failure to pay legitimate charges for these services may lead to involuntary blocking of calls to a 900 number. You are not to be billed for Pay-Per-Call services which do not comply with Federal laws and regulations.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CHANGE OF ADDRESS FORM

*Please print*

Effective date _____

Name _____

Company _____

Address _____

City, State, Zip _____

Alternate telephone number _____

# CONTERRA NETWORKS
**Fiber Driven. People Powered.**

Page:     3 of 8
Account:  99820170583
Bill Date: Jan 01 2022
Name:     SUMMER MEADOWS

## Account and Service Summary

| | | Service | Other | Usage | Taxes and Surcharges | Total |
|---|---|---|---|---|---|---|
| Clearvoice Basic | | 59.85 | | | | 59.85 |
| Landline | 903 234-2791 | 5.25 | .00 | .00 | 8.77 | 14.02 |
| | 903 234-9594 | 5.25 | .00 | .00 | 8.77 | 14.02 |
| | 903 758-5193 | 5.25 | .00 | .00 | 8.77 | 14.02 |
| ClearVoice E Bundle 10 FLEX | | 349.95 | | | | 349.95 |
| Landline | 903 758-7764 | 5.25 | .00 | .00 | 10.96 | 16.21 |
| Internet Service | ISP-301819 | 8.95 | .00 | .00 | .00 | 8.95 |
| Landline | 903 232-1503 | 5.25 | .00 | .00 | 1.90 | 7.15 |
| | 903 234-2995 | 5.25 | .00 | .00 | 1.90 | 7.15 |
| | 903 758-0783 | 5.25 | .00 | .00 | 1.90 | 7.15 |
| | 903 758-1786 | 5.25 | .00 | .00 | 1.90 | 7.15 |
| | 903 758-2315 | 5.25 | .00 | .00 | 1.90 | 7.15 |
| | 903 758-2709 | 5.25 | .00 | .00 | 1.90 | 7.15 |
| | 903 758-6462 | 5.25 | .00 | .00 | 1.90 | 7.15 |
| | 903 758-8248 | 5.25 | .00 | .00 | 1.90 | 7.15 |
| | 903 758-8254 | 5.25 | .00 | .00 | 1.90 | 7.15 |
| **Total** | | **487.00** | **.00** | **.00** | **54.37** | **541.37** |

## Preferred Service Providers

Your current Interlata long distance carrier for 13 services is Network Communications
Your current Intralata long distance carrier for 12 services is Network Communications

## Bundled Services

### Charges from Jan 01 through Jan 31

**ClearVoice E Bundle 10 FLEX**  349.95
Landline Charges for 903 758-7764 - 301 HOLLYBROOK DR, LONGVIEW
DIRECTORY LISTING - WHITE - INCLUDED  included
DIRECTORY LISTING - YELLOW INCLUDED  included
2 Flex Faxes  included
CLEARVOICE EXTRA  included
800 NUMBER  included
FEDERAL SUBSCRIBER LINE CHARGE  5.25
UNLIMITED LONG DISTANCE INCLUDED  .00
Internet Service Charges for ISP-301819 UP TO 100 MBPS X 50 MBPS - 301 HOLLYBROOK DR, LONGVIEW
UP TO 100 MBPS X 50 MBPS  included
STATIC IP  8.95

**Clearvoice Basic**  19.95
Landline Charges for 903 758-5193 - 301 HOLLYBROOK DR, LONGVIEW
CLEARVOICE BASIC PLAN  included
CALLER ID NAME AND NUMBER  .00
FEDERAL SUBSCRIBER LINE CHARGE  5.25

**Clearvoice Basic**  19.95
Landline Charges for 903 234-2791 - 301 HOLLYBROOK DR, LONGVIEW
CLEARVOICE BASIC PLAN  included
CALLER ID NAME AND NUMBER  .00
FEDERAL SUBSCRIBER LINE CHARGE  5.25

**Clearvoice Basic**  19.95
Landline Charges for 903 234-9594 - 301 HOLLYBROOK DR, LONGVIEW
CLEARVOICE BASIC PLAN  included
CALLER ID NAME AND NUMBER  .00
FEDERAL SUBSCRIBER LINE CHARGE  5.25
**Total**  439.75



**Fiber Driven. People Powered.**

**Page:** 4 of 8
**Account:** 99820170583
**Bill Date:** Jan 01 2022
**Name:** SUMMER MEADOWS

# Local Service

| Monthly Service | |
|---|---|

**Monthly Service from Jan 01 through Jan 31**

| | |
|---|---:|
| 903 232-1503 - 301 HOLLYBROOK DR, LONGVIEW | |
| FEDERAL SUBSCRIBER LINE CHARGE | 5.25 |
| Total for 903 232-1503 | **5.25** |
| | |
| 903 234-2791 - 301 HOLLYBROOK DR, LONGVIEW | |
| Total for 903 234-2791 | **.00** |
| | |
| 903 234-2995 - 301 HOLLYBROOK DR, LONGVIEW | |
| FEDERAL SUBSCRIBER LINE CHARGE | 5.25 |
| Total for 903 234-2995 | **5.25** |
| | |
| 903 234-9594 - 301 HOLLYBROOK DR, LONGVIEW | |
| Total for 903 234-9594 | **.00** |
| | |
| 903 758-0783 - 301 HOLLYBROOK DR, LONGVIEW | |
| FEDERAL SUBSCRIBER LINE CHARGE | 5.25 |
| Total for 903 758-0783 | **5.25** |
| | |
| 903 758-1786 - 301 HOLLYBROOK DR, LONGVIEW | |
| FEDERAL SUBSCRIBER LINE CHARGE | 5.25 |
| Total for 903 758-1786 | **5.25** |
| | |
| 903 758-2315 - 301 HOLLYBROOK DR, LONGVIEW | |
| FEDERAL SUBSCRIBER LINE CHARGE | 5.25 |
| Total for 903 758-2315 | **5.25** |
| | |
| 903 758-2709 - 301 HOLLYBROOK DR, LONGVIEW | |
| FEDERAL SUBSCRIBER LINE CHARGE | 5.25 |
| Total for 903 758-2709 | **5.25** |
| | |
| 903 758-5193 - 301 HOLLYBROOK DR, LONGVIEW | |
| Total for 903 758-5193 | **.00** |
| | |
| 903 758-6462 - 301 HOLLYBROOK DR, LONGVIEW | |
| FEDERAL SUBSCRIBER LINE CHARGE | 5.25 |
| Total for 903 758-6462 | **5.25** |
| | |
| 903 758-7764 - 301 HOLLYBROOK DR, LONGVIEW | |
| Total for 903 758-7764 | **.00** |
| | |
| 903 758-8248 - 301 HOLLYBROOK DR, LONGVIEW | |
| FEDERAL SUBSCRIBER LINE CHARGE | 5.25 |
| Total for 903 758-8248 | **5.25** |
| | |
| 903 758-8254 - 301 HOLLYBROOK DR, LONGVIEW | |
| FEDERAL SUBSCRIBER LINE CHARGE | 5.25 |
| Total for 903 758-8254 | **5.25** |
| | |
| **Total Monthly Service Charges** | **47.25** |
| | |
| **Total Network Communications Charges** | **47.25** |



Fiber Driven. People Powered.

Page:       5 of 8
Account:    99820170583
Bill Date:  Jan 01 2022
Name:       SUMMER MEADOWS

# Long Distance

| Monthly Service | |
|---|---|

**Monthly Service from Jan 01 through Jan 31**

| | |
|---|---|
| **903 232-1503 - 301 HOLLYBROOK DR, LONGVIEW** | |
| UNLIMITED LONG DISTANCE INCLUDED | .00 |
| **Total for 903 232-1503** | **.00** |
| | |
| **903 234-2995 - 301 HOLLYBROOK DR, LONGVIEW** | |
| UNLIMITED LONG DISTANCE INCLUDED | .00 |
| **Total for 903 234-2995** | **.00** |
| | |
| **903 758-0783 - 301 HOLLYBROOK DR, LONGVIEW** | |
| UNLIMITED LONG DISTANCE INCLUDED | .00 |
| **Total for 903 758-0783** | **.00** |
| | |
| **903 758-1786 - 301 HOLLYBROOK DR, LONGVIEW** | |
| UNLIMITED LONG DISTANCE INCLUDED | .00 |
| **Total for 903 758-1786** | **.00** |
| | |
| **903 758-2315 - 301 HOLLYBROOK DR, LONGVIEW** | |
| UNLIMITED LONG DISTANCE INCLUDED | .00 |
| **Total for 903 758-2315** | **.00** |
| | |
| **903 758-2709 - 301 HOLLYBROOK DR, LONGVIEW** | |
| UNLIMITED LONG DISTANCE INCLUDED | .00 |
| **Total for 903 758-2709** | **.00** |
| | |
| **903 758-6462 - 301 HOLLYBROOK DR, LONGVIEW** | |
| UNLIMITED LONG DISTANCE INCLUDED | .00 |
| **Total for 903 758-6462** | **.00** |
| | |
| **903 758-7764 - 301 HOLLYBROOK DR, LONGVIEW** | |
| **Total for 903 758-7764** | **.00** |
| | |
| **903 758-8248 - 301 HOLLYBROOK DR, LONGVIEW** | |
| UNLIMITED LONG DISTANCE INCLUDED | .00 |
| **Total for 903 758-8248** | **.00** |
| | |
| **903 758-8254 - 301 HOLLYBROOK DR, LONGVIEW** | |
| UNLIMITED LONG DISTANCE INCLUDED | .00 |
| **Total for 903 758-8254** | **.00** |
| | |
| **Total Monthly Service Charges** | **.00** |

| Usage Summary | |
|---|---|

| | |
|---|---|
| UNL   **Unlimited Minute Plan** | .00 |
| **Total Usage Charges** | **.00** |

CONTERRA NETWORKS
Fiber Driven. People Powered.

Page:      6 of 8
Account:   99820170583
Bill Date: Jan 01 2022
Name:      SUMMER MEADOWS

## Usage Detail

### Toll Detail

| Item | Date | Time | Place Called | | Number Called | Type | Plan(s) | Minutes | Charge |
|---|---|---|---|---|---|---|---|---|---|
| **903 234-2995** | | | | | | | | | |
| 1 | Dec 03 | 3:49:19pm | Draper | UT | 801 816-2581 | Direct | UNL | :30 | .00 |
| 2 | Dec 03 | 3:59:59pm | Draper | UT | 801 816-2581 | Direct | UNL | :42 | .00 |
| 3 | Dec 03 | 4:02:16pm | Draper | UT | 801 816-2581 | Direct | UNL | 1:00 | .00 |
| 4 | Dec 03 | 4:04:51pm | Draper | UT | 801 816-2581 | Direct | UNL | :30 | .00 |
| 5 | Dec 03 | 4:08:20pm | Draper | UT | 801 816-2581 | Direct | UNL | :48 | .00 |
| 6 | Dec 03 | 4:10:55pm | Draper | UT | 801 816-2581 | Direct | UNL | :48 | .00 |
| 7 | Dec 08 | 12:39:26pm | Lufkin | TX | 936 229-4484 | Direct | UNL | 1:00 | .00 |
| 8 | Dec 17 | 6:25:46pm | Lufkin | TX | 936 229-4484 | Direct | UNL | 1:48 | .00 |
| 9 | Dec 17 | 10:05:07pm | Lufkin | TX | 936 229-4484 | Direct | UNL | 1:24 | .00 |
| 10 | Dec 18 | 11:37:19am | Jewett | TX | 430 216-3554 | Direct | UNL | :30 | .00 |
| 11 | Dec 18 | 11:41:43am | Jewett | TX | 430 216-3554 | Direct | UNL | 7:18 | .00 |
| 12 | Dec 20 | 10:00:22am | Jewett | TX | 430 216-3554 | Direct | UNL | 6:24 | .00 |
| 13 | Dec 22 | 5:48:06pm | Lufkin | TX | 936 229-4484 | Direct | UNL | 1:00 | .00 |
| 14 | Dec 22 | 5:50:32pm | Lufkin | TX | 936 229-4484 | Direct | UNL | 1:00 | .00 |
| 15 | Dec 22 | 5:56:04pm | Lufkin | TX | 936 229-4484 | Direct | UNL | 1:00 | .00 |
| 16 | Dec 23 | 12:08:27am | Lufkin | TX | 936 229-4484 | Direct | UNL | 1:12 | .00 |
| **Total of 16 calls for 903 234-2995** | | | | | | | | **26:54** | **.00** |
| **903 758-2315** | | | | | | | | | |
| 1 | Dec 02 | 10:07:21am | S Berndino | CA | 909 379-5415 | Direct | UNL | :36 | .00 |
| 2 | Dec 02 | 3:13:20pm | Easton | PA | 610 333-3241 | Direct | UNL | :42 | .00 |
| 3 | Dec 03 | 8:15:25am | Washington | PA | 724 288-8122 | Direct | UNL | 1:12 | .00 |
| 4 | Dec 06 | 12:25:31pm | Chouteau | OK | 918 476-0533 | Direct | UNL | 3:12 | .00 |
| 5 | Dec 06 | 3:40:27pm | Grandprari | TX | 972 342-0941 | Direct | UNL | 5:06 | .00 |
| 6 | Dec 07 | 9:41:33am | Phoenix | AZ | 602 550-2824 | Direct | UNL | 1:06 | .00 |
| 7 | Dec 07 | 1:52:44pm | Ndldptnchs | TX | 409 527-0403 | Direct | UNL | 7:24 | .00 |
| 8 | Dec 07 | 2:03:25pm | Ndldptnchs | TX | 409 527-0403 | Direct | UNL | :42 | .00 |
| 9 | Dec 08 | 8:32:24am | Shreveport | LA | 318 990-4954 | Direct | UNL | 1:30 | .00 |
| 10 | Dec 13 | 9:40:21am | Weatherfd | TX | 817 304-2316 | Direct | UNL | :30 | .00 |
| 11 | Dec 13 | 3:42:44pm | Glendale | TX | 817 781-6845 | Direct | UNL | :30 | .00 |
| 12 | Dec 14 | 9:48:59am | Arlington | TX | 682 306-6664 | Direct | UNL | :30 | .00 |
| 13 | Dec 15 | 9:41:38am | Grandprari | TX | 469 879-3534 | Direct | UNL | 3:06 | .00 |
| 14 | Dec 15 | 11:47:32am | Windsor | CT | 860 687-0439 | Direct | UNL | :36 | .00 |
| 15 | Dec 17 | 8:37:00am | Mckinney | TX | 972 548-5316 | Direct | UNL | 1:06 | .00 |
| 16 | Dec 28 | 11:14:12am | Atlanta Ne | GA | 770 402-5527 | Direct | UNL | 6:54 | .00 |
| 17 | Dec 28 | 11:27:29am | Durango | CO | 970 749-4214 | Direct | UNL | 8:18 | .00 |
| 18 | Dec 30 | 10:27:33am | Grandprari | TX | 972 835-8636 | Direct | UNL | 1:24 | .00 |
| 19 | Dec 30 | 1:42:07pm | Grandprari | TX | 972 835-8636 | Direct | UNL | :42 | .00 |
| **Total of 19 calls for 903 758-2315** | | | | | | | | **45:06** | **.00** |
| **903 758-2709** | | | | | | | | | |
| 1 | Dec 06 | 4:32:45pm | Lufkin | TX | 936 229-4484 | Direct | UNL | 1:12 | .00 |
| 2 | Dec 06 | 4:41:02pm | Lufkin | TX | 936 229-4484 | Direct | UNL | :54 | .00 |
| 3 | Dec 06 | 4:42:20pm | Lufkin | TX | 936 229-4484 | Direct | UNL | 1:00 | .00 |
| 4 | Dec 09 | 4:41:57am | Lufkin | TX | 936 229-4484 | Direct | UNL | :54 | .00 |
| 5 | Dec 15 | 3:01:43pm | Lufkin | TX | 936 229-4484 | Direct | UNL | 1:12 | .00 |
| **Total of 5 calls for 903 758-2709** | | | | | | | | **5:12** | **.00** |
| **903 758-6462** | | | | | | | | | |
| 1 | Dec 08 | 8:14:30am | Troy | MI | 248 878-2370 | Direct | UNL | 2:36 | .00 |
| 2 | Dec 22 | 8:35:15am | Jewett | TX | 430 216-3554 | Direct | UNL | 1:24 | .00 |
| **Total of 2 calls for 903 758-6462** | | | | | | | | **4:00** | **.00** |
| **903 758-7764** | | | | | | | | | |
| 1 | Dec 03 | 3:04:45pm | Grandprari | TX | 972 342-0941 | Direct | UNL | :42 | .00 |
| 2 | Dec 03 | 3:05:59pm | Alief | TX | 281 568-7463 | Direct | UNL | 49:42 | .00 |
| 3 | Dec 03 | 5:47:28pm | Greenville | TX | 903 413-0141 | Direct | UNL | 1:06 | .00 |
| 4 | Dec 04 | 8:07:58pm | Lakedallas | TX | 940 269-0065 | Direct | UNL | 27:12 | .00 |
| 5 | Dec 05 | 7:06:52pm | Beaumont | TX | 409 781-8318 | Direct | UNL | :54 | .00 |
| 6 | Dec 06 | 9:35:25am | Liberty Hl | TX | 512 778-6100 | Direct | UNL | 2:42 | .00 |
| 7 | Dec 06 | 10:29:13am | Grandprari | TX | 972 342-0941 | Direct | UNL | 3:30 | .00 |
| 8 | Dec 06 | 11:16:33am | Anoka | MN | 651 286-2264 | Direct | UNL | :54 | .00 |
| 9 | Dec 06 | 11:40:21am | Anoka | MN | 651 286-2264 | Direct | UNL | :30 | .00 |
| 10 | Dec 06 | 1:03:43pm | Anoka | MN | 651 286-2264 | Direct | UNL | :30 | .00 |

Page: 7 of 8
Account: 99820170583
Bill Date: Jan 01 2022
Name: SUMMER MEADOWS

**CONTERRA NETWORKS**

Fiber Driven. People Powered.

## Toll Detail (continued)

| Item | Date | Time | Place Called | | Number Called | Type | Plan(s) | Minutes | Charge |
|---|---|---|---|---|---|---|---|---|---|
| | **903 758-7764  (continued)** | | | | | | | | |
| 11 | Dec 06 | 1:04:10pm | Anoka | MN | 651 286-2264 | Direct | UNL | 7:12 | .00 |
| 12 | Dec 06 | 2:59:29pm | Shreveport | LA | 318 990-0120 | Direct | UNL | 1:36 | .00 |
| 13 | Dec 06 | 3:27:08pm | Shreveport | LA | 318 465-3977 | Direct | UNL | 4:42 | .00 |
| 14 | Dec 06 | 4:54:45pm | Grandprari | TX | 972 979-5500 | Direct | UNL | 4:24 | .00 |
| 15 | Dec 06 | 8:15:54pm | Grandprari | TX | 214 232-4312 | Direct | UNL | 1:48 | .00 |
| 16 | Dec 07 | 8:20:05am | Austin | TX | 512 438-2050 | Direct | UNL | 21:18 | .00 |
| 17 | Dec 07 | 11:35:34am | Austin | TX | 512 438-2050 | Direct | UNL | 15:18 | .00 |
| 18 | Dec 07 | 1:40:52pm | Greenville | TX | 903 413-0141 | Direct | UNL | 3:00 | .00 |
| 19 | Dec 07 | 1:57:01pm | Roane | TX | 903 345-1669 | Direct | UNL | 2:30 | .00 |
| 20 | Dec 07 | 3:20:59pm | Greenville | TX | 903 413-0141 | Direct | UNL | 3:06 | .00 |
| 21 | Dec 08 | 8:29:30am | Grandprari | TX | 972 977-9041 | Direct | UNL | 1:06 | .00 |
| 22 | Dec 08 | 12:00:42pm | Rapid City | SD | 605 391-3127 | Direct | UNL | 3:48 | .00 |
| 23 | Dec 08 | 5:19:42pm | Ballinger | TX | 325 977-9377 | Direct | UNL | 1:12 | .00 |
| 24 | Dec 09 | 12:34:29pm | S Berndino | CA | 909 379-5415 | Direct | UNL | :42 | .00 |
| 25 | Dec 09 | 1:14:22pm | Austin | TX | 512 438-2015 | Direct | UNL | :30 | .00 |
| 26 | Dec 09 | 1:17:08pm | Raleigh | NC | 919 855-3969 | Direct | UNL | 3:00 | .00 |
| 27 | Dec 09 | 2:50:10pm | Grandprari | TX | 469 387-2105 | Direct | UNL | 1:18 | .00 |
| 28 | Dec 09 | 7:44:34pm | Alief | TX | 281 568-7463 | Direct | UNL | 1:12 | .00 |
| 29 | Dec 10 | 10:45:50am | Kansascity | MO | 816 804-9249 | Direct | UNL | 11:06 | .00 |
| 30 | Dec 10 | 8:01:29pm | Alief | TX | 281 568-7463 | Direct | UNL | 39:12 | .00 |
| 31 | Dec 11 | 6:42:58am | Shreveport | LA | 318 510-8944 | Direct | UNL | :30 | .00 |
| 32 | Dec 13 | 10:09:52am | Grandprari | TX | 972 979-5500 | Direct | UNL | :30 | .00 |
| 33 | Dec 13 | 10:13:37am | Shreveport | LA | 318 990-0120 | Direct | UNL | :30 | .00 |
| 34 | Dec 13 | 12:57:42pm | Kansascity | MO | 816 804-9249 | Direct | UNL | 4:30 | .00 |
| 35 | Dec 13 | 4:52:58pm | Rapid City | SD | 605 391-3127 | Direct | UNL | 2:18 | .00 |
| 36 | Dec 14 | 10:41:33am | Beaumont | TX | 409 781-8318 | Direct | UNL | 1:06 | .00 |
| 37 | Dec 14 | 3:19:36pm | Glendale | TX | 817 781-6845 | Direct | UNL | 1:06 | .00 |
| 38 | Dec 15 | 8:09:24am | Mobile | AL | 251 639-8100 | Direct | UNL | :30 | .00 |
| 39 | Dec 15 | 8:18:29am | Mobile | AL | 251 639-8100 | Direct | UNL | 3:54 | .00 |
| 40 | Dec 15 | 10:04:01am | Ballinger | TX | 325 977-9377 | Direct | UNL | 1:00 | .00 |
| 41 | Dec 15 | 10:45:19am | Chester | TX | 936 969-2103 | Direct | UNL | 1:00 | .00 |
| 42 | Dec 15 | 11:16:08am | Mobile | AL | 251 639-8100 | Direct | UNL | 3:00 | .00 |
| 43 | Dec 15 | 1:56:13pm | Rapid City | SD | 605 391-3127 | Direct | UNL | :54 | .00 |
| 44 | Dec 16 | 9:31:54am | Shreveport | LA | 318 549-3332 | Direct | UNL | :30 | .00 |
| 45 | Dec 18 | 4:39:11pm | S Berndino | CA | 909 379-5415 | Direct | UNL | :30 | .00 |
| 46 | Dec 19 | 5:16:07am | Pttsbgzon1 | PA | 412 584-5896 | Direct | UNL | 4:00 | .00 |
| 47 | Dec 21 | 4:14:38pm | Nacogdochs | TX | 936 371-7974 | Direct | UNL | 1:24 | .00 |
| 48 | Dec 24 | 12:41:41pm | Grandprari | TX | 972 835-8636 | Direct | UNL | 1:00 | .00 |
| 49 | Dec 24 | 1:30:25pm | Grandprari | TX | 972 835-8636 | Direct | UNL | :42 | .00 |
| 50 | Dec 26 | 4:44:00pm | Glendale | TX | 817 781-6845 | Direct | UNL | 1:30 | .00 |
| 51 | Dec 27 | 12:40:04pm | S Berndino | CA | 909 379-5415 | Direct | UNL | :30 | .00 |
| 52 | Dec 27 | 1:53:58pm | Austin | TX | 512 438-2200 | Direct | UNL | 7:18 | .00 |
| 53 | Dec 27 | 7:54:18pm | Kansascity | MO | 816 804-9249 | Direct | UNL | :30 | .00 |
| 54 | Dec 27 | 7:55:39pm | Kansascity | MO | 816 804-5291 | Direct | UNL | :42 | .00 |
| 55 | Dec 28 | 8:43:48am | Kansascity | MO | 816 804-9249 | Direct | UNL | 3:54 | .00 |
| 56 | Dec 28 | 1:33:26pm | Indianapls | IN | 317 981-7910 | Direct | UNL | :30 | .00 |
| 57 | Dec 28 | 2:54:10pm | S Berndino | CA | 909 379-5415 | Direct | UNL | :30 | .00 |
| 58 | Dec 29 | 11:46:10am | Austin | TX | 512 438-2200 | Direct | UNL | :30 | .00 |
| 59 | Dec 29 | 11:48:17am | Austin | TX | 512 438-2200 | Direct | UNL | 8:48 | .00 |
| 60 | Dec 30 | 8:49:26am | Grandprari | TX | 972 835-8636 | Direct | UNL | 4:48 | .00 |
| 61 | Dec 30 | 12:38:15pm | Kansascity | MO | 816 804-9249 | Direct | UNL | 4:54 | .00 |
| | **Total of 61 calls for 903 758-7764** | | | | | | | **279:00** | **.00** |
| | | | | | | | | | |
| | **903 758-8248** | | | | | | | | |
| 1 | Dec 06 | 1:12:27pm | Glendale | TX | 817 781-6845 | Direct | UNL | :30 | .00 |
| 2 | Dec 07 | 8:20:26am | S Berndino | CA | 909 379-5415 | Direct | UNL | :30 | .00 |
| 3 | Dec 07 | 10:29:57am | Greenville | TX | 903 413-0141 | Direct | UNL | 16:18 | .00 |
| 4 | Dec 08 | 12:29:00pm | Austin | TX | 512 438-2480 | Direct | UNL | 1:00 | .00 |
| 5 | Dec 08 | 4:40:24pm | S Berndino | CA | 909 379-5415 | Direct | UNL | :36 | .00 |
| 6 | Dec 09 | 10:52:43am | Glendale | TX | 817 781-6845 | Direct | UNL | 7:12 | .00 |
| 7 | Dec 09 | 6:49:17pm | Lakedallas | TX | 940 269-0065 | Direct | UNL | 1:24 | .00 |
| 8 | Dec 10 | 2:40:29pm | S Berndino | CA | 909 379-5415 | Direct | UNL | :48 | .00 |
| 9 | Dec 13 | 9:41:08am | Searcy | AR | 501 388-4611 | Direct | UNL | :54 | .00 |
| 10 | Dec 13 | 10:14:19am | Benton | LA | 318 965-5844 | Direct | UNL | :30 | .00 |
| 11 | Dec 13 | 2:42:19pm | Burnsville | NC | 828 678-1025 | Direct | UNL | :42 | .00 |
| 12 | Dec 14 | 3:43:16pm | Ballinger | TX | 325 977-9377 | Direct | UNL | 1:18 | .00 |
| 13 | Dec 17 | 12:59:55pm | Hstnsuburb | TX | 832 486-9606 | Direct | UNL | 1:24 | .00 |
| 14 | Dec 17 | 1:22:42pm | Hstnsuburb | TX | 832 486-9606 | Direct | UNL | :30 | .00 |

**CONTERRA™**
**NETWORKS**

Fiber Driven. People Powered.

Page:       8 of 8
Account:    99820170583
Bill Date:  Jan 01 2022
Name:       SUMMER MEADOWS

## Toll Detail (continued)

| Item | Date | Time | Place Called | | Number Called | Type | Plan(s) | Minutes | Charge |
|---|---|---|---|---|---|---|---|---|---|
| **903 758-8248** | **(continued)** | | | | | | | | |
| 15 | Dec 21 | 10:06:52am | Albertvl | AL | 256 279-6777 | Direct | UNL | :42 | .00 |
| 16 | Dec 21 | 11:25:51am | Dallas | TX | 214 741-7911 | Direct | UNL | 2:54 | .00 |
| 17 | Dec 23 | 12:07:16pm | Grandprari | TX | 972 977-9041 | Direct | UNL | :30 | .00 |
| 18 | Dec 24 | 1:56:35pm | Grandprari | TX | 972 977-9041 | Direct | UNL | 3:30 | .00 |
| 19 | Dec 24 | 3:32:15pm | Beaumont | TX | 409 781-8318 | Direct | UNL | 2:12 | .00 |
| 20 | Dec 26 | 9:57:50am | Grandprari | TX | 972 835-8636 | Direct | UNL | 1:42 | .00 |
| 21 | Dec 27 | 7:57:47am | Glendale | TX | 817 781-6845 | Direct | UNL | 1:00 | .00 |
| 22 | Dec 27 | 8:22:11pm | Kansascity | MO | 816 804-9249 | Direct | UNL | :36 | .00 |
| 23 | Dec 30 | 1:44:44pm | Grandprari | TX | 972 835-8636 | Direct | UNL | 1:06 | .00 |
| **Total of 23 calls for 903 758-8248** | | | | | | | | **47:48** | **.00** |
| | | | | | | | | | |
| **903 758-8254** | | | | | | | | | |
| 1 | Dec 02 | 2:18:35pm | Austin | TX | 512 438-2200 | Direct | UNL | 5:30 | .00 |
| 2 | Dec 04 | 12:07:38pm | S Berndino | CA | 909 379-5415 | Direct | UNL | :30 | .00 |
| 3 | Dec 07 | 9:34:20am | Knoxville | TN | 865 851-4833 | Direct | UNL | 3:18 | .00 |
| 4 | Dec 09 | 10:20:43am | Austin | TX | 512 695-4952 | Direct | UNL | 2:54 | .00 |
| 5 | Dec 10 | 7:24:53pm | Alief | TX | 281 568-7463 | Direct | UNL | :30 | .00 |
| 6 | Dec 13 | 10:01:16am | Weatherfd | TX | 817 304-2316 | Direct | UNL | 2:48 | .00 |
| 7 | Dec 23 | 4:00:38pm | Atlanta Ne | GA | 770 402-5527 | Direct | UNL | 7:30 | .00 |
| 8 | Dec 28 | 3:42:49pm | Durango | CO | 970 749-4214 | Direct | UNL | 1:00 | .00 |
| **Total of 8 calls for 903 758-8254** | | | | | | | | **24:00** | **.00** |

| | |
|---|---|
| **Total Usage Detail Charges** | .00 |
| **Total Network Communications Charges** | .00 |

---

## Taxes and Surcharges

| | | |
|---|---|---|
| **Landline** | | |
| Longview 911 Fee | 4 @ 1.60 | 6.40 |
| Municipal Right of Way Fee | 4 @ 2.33 | 9.32 |
| Federal Cost Recovery Fee | | 1.34 |
| Federal Universal Surcharge | | 17.16 |
| County Sales Tax | | .96 |
| 911 Equalization Fee | 4 @ .06 | .24 |
| State Sales Tax | | 12.27 |
| Texas Universal Service Surcharge | | 3.53 |
| Utility Gross Receipts Tax | | .19 |
| City Sales Tax | | 2.96 |
| | | |
| **Total Taxes and Surcharges** | | **54.37** |
| | | |
| **Total for Account** | | **541.37** |

# Need help paying your utility bills?

-Installment plans:

You can set up an installment plan that will spread out the payment of your balance over time.

-Financial Assistance:

Funds are available through local energy assistance agencies. You may qualify, even if you have not in the past.



To find an energy assistance agency near you, visit atmosenergy.com/assistance. Call 888-286-6700 to set up an installment plan that works for you.

## Your Billing Detail Information:

| Meter Serial # | Date of Service | | Meter Reading | |
|---|---|---|---|---|
| | From | To | Previous | Present |
| 900305567 | 12/18/21 | 1/19/22 | 84650 | 86631 |
| | Read Difference: | | | 1981.00 |
| | Actual Usage in CCF: | | | 1981.00 |

## Your Charges:

| | |
|---|---|
| PREVIOUS BALANCE | 2,786.06 |
| Payment Received  01/03/2022 | -1,216.07 |
| **CURRENT GAS CHARGE TOTAL** | **1,668.54** |
| Commercial C021 | |
| Customer Charge | 81.27 |
| Rider WNA 1981.000 @ 0.03122516 | 61.86 |
| Consump Chrg 1981.000 @ 0.09165 | 181.56 |
| Rider GCR 1981.000 @ 0.6836 | 1,354.23 |
| RIDER SUR ADJUSTMENT | -10.38 |
| **TAX/FEE CHARGE TOTAL** | **120.01** |
| Rider FF  @ 0.03500 | 58.40 |
| Reimbursement of MGRT | 35.18 |
| City Sales Tax | 26.43 |
| **CURRENT CHARGES** | **1,788.55** |

| TOTAL AMOUNT DUE | 3358.54 |
|---|---|



SMELL GAS? ACT FAST!

**LEAVE** the area immediately.

**CALL 911** and call us at **866-322-8667** from a safe distance.

Page 2 of 2

**CHANGE OF MAILING ADDRESS:**

_____
Address/P.O. Box

_____
City, State, Zip Code

_____
Telephone Number

_____
Cell Phone Number

**To change account name, please call 1-888-286-6700**

**Help Your Neighbors in Need.  Contribute to Sharing the Warmth**

You can help the elderly, the disabled and families in need keep their homes warm and secure by donating to Atmos Energy's Sharing the Warmth program.

All donations are distributed to a local area non-profit energy assistance agency(s) that serves your community.  Visit www.atmosenergy.com/share to find agencies near you.

Please indicate the contribution amount below to be billed monthly on your Atmos Energy statement.

**Thank you for sharing the warmth with those in need in your community.**

| | | | |
|---|---|---|---|
| _____ | $1 | _____ | $20 |
| _____ | $5 | _____ | Other |
| _____ | $10 | _____ | Round-up |
| _____ | One-time Contribution | | |



www.atmosenergy.com

Account Number: 3046720117
Customer Name: LINDERIAN COMPANY LTD
Service Address: 301 HOLLYBROOK DR
LONGVIEW TX 75605-2461

| DUE DATE | TOTAL DUE |
|----------|-----------|
| 02/03/22 | $3358.54 |

## Gas Usage Trend

Consumption (CCF) / Temperature (°F)

Jan 22, Dec 21, Nov 21, Oct 21, Sep 21, Aug 21, Jul 21, Jun 21, May 21, Mar 21, Feb 21, Jan 21

### Account Summary
Billing Date: 1/19/22

| | |
|---|---|
| Previous Balance | 2,786.06 |
| Payment(s) | -1,216.07 |
| Past Due Balance | 1,569.99 |
| Current Charges | 1,788.55 |

VENDOR #
DATE OF INV
ACCT #
TOTAL INVOICE
6960
1/3/22
10/24/10
1788.55
In System

| | |
|---|---|
| Past Due Balance: | $1,569.99 |
| Current Charges: | $1,788.55 |
| (see reverse for billing details) | |

## Important Messages from Your Natural Gas Company

**BEWARE OF CARBON MONOXIDE**
Carbon monoxide (CO) is an odorless, colorless toxic gas produced by improperly working appliances and automobile exhaust. To learn about CO safety, visit **atmosenergy.com/COsafety**.

**CUSTOMER CHARGE EXPLANATION**
The customer charge on your bill reflects a basic charge of $43.50, a Conservation and Energy Efficiency surcharge of $0.01, a 2018 GRIP surcharge of $8.74, a 2019 GRIP surcharge of $14.54, and a 2020 GRIP surcharge of $14.48 for a net customer charge of $81.27. The Gas Reliability Infrastructure Programs Surcharge (GRIP) is a surcharge to recover the costs of utility plant projects that have been completed since the last rate case pursuant to Texas Utilities Code Sec. 104.301. This surcharge will appear on your bill until it is rolled into regular rates following the next rate case. For more information about your bill, visit **atmosenergy.com/bill**.

Go paperless with E-Bill and sign up for other billing and payment options at **www.atmosenergy.com**.

*For instructions on reading your Atmos Energy bill, please visit* **www.atmosenergy.com/yourbill**.

**CONTACT US:**
Emergency Phone 24/7: 1-866-322-8667
Customer Service M-F 7am - 6pm CST: 1-888-286-6700

# GET READY FOR WINTER
Just a few household changes can make a big difference on your utility bills.

**Visit atmosenergy.com/WinterSavingTips to find ways to save energy and information about gas costs.**

009906536259

Keep this portion for your records

Page 1 of 2

---



Return this portion with your check or money order and include your account number. If paying in person, please bring the bill.

| Account Number | Due Date | Total Amount Due |
|----------------|----------|------------------|
| 3046720117 | 02/03/2022 | $3358.54 |

To update your mailing address or donate to energy assistance check here and complete the form on the back.

Amount Enclosed: $_____



BXMAIL.ATMOS.20220120_68836.afp.034309

LINDERIAN COMPANY LTD
301 HOLLYBROOK DR
LONGVIEW TX 75605-2461



ATMOS ENERGY
PO Box 740353
Cincinnati Ohio 45274-0353

68

0000000000000000000008000304672011700033585456

# Need help paying your utility bills?

-Installment plans:

You can set up an installment plan that will spread out the payment of your balance over time.

-Financial Assistance:

Funds are available through local energy assistance agencies. You may qualify, even if you have not in the past.



To find an energy assistance agency near you, visit atmosenergy.com/assistance. Call 888-286-6700 to set up an installment plan that works for you.

**Your Billing Detail Information:**

| Meter Serial # | Date of Service | | Meter Reading | |
|---|---|---|---|---|
| | From | To | Previous | Present |
| 006455437 | 12/18/21 | 1/19/22 | 63257 | 63437 |
| | Read Difference: | | | 180.00 |
| | Actual Usage in CCF: | | | 180.00 |

**Your Charges:**

| | |
|---|---|
| **PREVIOUS BALANCE** | **580.34** |
| Payment Received  01/03/2022 | -580.34 |
| **CURRENT GAS CHARGE TOTAL** | **216.05** |
| Commercial C021 | |
| Customer Charge | 81.27 |
| Rider WNA 180.000 @ 0.03122516 | 5.62 |
| Consump Chrg 180.000 @ 0.09165 | 16.49 |
| Rider GCR 180.000 @ 0.6836 | 123.05 |
| RIDER SUR ADJUSTMENT | -10.38 |
| **TAX/FEE CHARGE TOTAL** | **15.55** |
| Rider FF  @ 0.03500 | 7.57 |
| Reimbursement of MGRT | 4.56 |
| City Sales Tax | 3.42 |
| **CURRENT CHARGES** | **231.60** |

| | |
|---|---|
| **TOTAL AMOUNT DUE** | **231.60** |



**SMELL GAS? ACT FAST!**

**LEAVE** the area immediately.

**CALL 911** and call us at **866-322-8667** from a safe distance.

Page 2 of 2

**CHANGE OF MAILING ADDRESS:**

_____

_____

Address/P.O. Box

_____

City, State, Zip Code

_____

Telephone Number

_____

Cell Phone Number

**To change account name, please call 1-888-286-6700**

**Help Your Neighbors in Need.  Contribute to Sharing the Warmth**

You can help the elderly, the disabled and families in need keep their homes warm and secure by donating to Atmos Energy's Sharing the Warmth program.

All donations are distributed to a local area non-profit energy assistance agency(s) that serves your community.  Visit www.atmosenergy.com/share to find agencies near you.

Please indicate the contribution amount below to be billed monthly on your Atmos Energy statement.

**Thank you for sharing the warmth with those in need in your community.**

| | | | |
|---|---|---|---|
| _____ | $1 | _____ | $20 |
| _____ | $5 | _____ | Other |
| _____ | $10 | _____ | Round-up |
| _____ | One-time Contribution | | |



www.atmosenergy.com

Account Number: 3046714437
Customer Name: LINDERIAN COMPANY LTD
Service Address: 301 HOLLYBROOK DR
LONGVIEW TX 75605-2461

| DUE DATE | TOTAL DUE |
|----------|-----------|
| 02/03/22 | $231.60   |

## Gas Usage Trend



### Account Summary
### Billing Date: 1/19/22

| | |
|---|---|
| Previous Balance | 580.34 |
| Payment(s) | -580.34 |
| Current Charges | 231.60 |

| Total Amount Due | $231.60 |
|---|---|
| *(see reverse for billing details)* | |

*(handwritten) VENDOR # DATE OF INV 1/25/22 ACCT# 66410 AMOUNT 231.60 TOTAL INVOICE 231.60*

## Important Messages from Your Natural Gas Company

**BEWARE OF CARBON MONOXIDE**
 Carbon monoxide (CO) is an odorless, colorless toxic gas produced by improperly working appliances and automobile exhaust. To learn about CO safety, visit **atmosenergy.com/COsafety**.

**CUSTOMER CHARGE EXPLANATION**
The customer charge on your bill reflects a basic charge of $43.50, a Conservation and Energy Efficiency surcharge of $0.01, a 2018 GRIP surcharge of $8.74, a 2019 GRIP surcharge of $14.54, and a 2020 GRIP surcharge of $14.48 for a net customer charge of $81.27. The Gas Reliability Infrastructure Programs Surcharge (GRIP) is a surcharge to recover the costs of utility plant projects that have been completed since the last rate case pursuant to Texas Utilities Code Sec. 104.301. This surcharge will appear on your bill until it is rolled into regular rates following the next rate case. For more information about your bill, visit **atmosenergy.com/bill**.

Go paperless with E-Bill and sign up for other billing and payment options at **www.atmosenergy.com**.

*For instructions on reading your Atmos Energy bill, please visit* **www.atmosenergy.com/yourbill**.

**CONTACT US:**
Emergency Phone 24/7: 1-866-322-8667
Customer Service M-F 7am - 6pm CST: 1-888-286-6700

# GET READY FOR WINTER
Just a few household changes can make a big difference on your utility bills.

**Visit atmosenergy.com/WinterSavingTips to find ways to save energy and information about gas costs.**

---

009006536258

Keep this portion for your records

Page 1 of 2



Return this portion with your check or money order and include your account number.  If paying in person, please bring the bill.

| Account Number | Due Date | Total Amount Due |
|----------------|----------|------------------|
| 3046714437 | 02/03/2022 | $231.60 |

To update your mailing address or donate to energy assistance check here and complete the form on the back.

Amount Enclosed: $_____

BXMAIL.ATMOS.20220120_68834.afp.034308

LINDERIAN COMPANY LTD
301 HOLLYBROOK DR
LONGVIEW TX 75605-2461



ATMOS ENERGY
PO Box 740353
Cincinnati Ohio 45274-0353

68

0000000000000000000080000304671443700002316o2