# THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| In re: § | |
| § | **Chapter 11** |
| **THE LINDERIAN COMPANY, LTD.,** § | |
| Tax ID No. 8556 § | |
| 301 Hollybrook Drive § | |
| Longview, Texas § | |
| § | **Case No. 22-60024** |
| **Debtor.** § | |

## ORDER GRANTING
## DEBTOR'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
## TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

The Court, upon consideration of the Debtor's *Unopposed Motion for Extension of Time to File Schedules and Statements of Financial Affairs* (the "Motion") concerning an extension for The Linderian Company, LTD, the Debtor, to complete and file its Schedules and Statements[1] finds and concludes that an extension until **February 9, 2022** is appropriate and should be approved under the circumstances presented in the Motion. It is therefore hereby

**ORDERED** that the Motion and all relief requested therein is granted. And it is further

**ORDERED** that the Debtor's Schedules and Statements shall be filed by February 9, 2022.

Signed on 02/04/2022

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

---

[1] All capitalized terms shall have the meaning attributed to those terms within the Motion unless otherwise defined within this Order.