## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Case No. 19-33568-7** |
| **THE LINDERIAN COMPANY, LTD.,** | § | |
| Tax ID No. 8556 | § | |
| 301 Hollybrook Drive | § | |
| Longview, Texas 75605 | § | |
| | § | |
| | § | **Chapter 11 – Subch. V** |
| Debtor. | § | |

## DEBTOR'S WITNESS AND EXHIBIT LIST FOR
## EMERGENCY SECOND-DAY HEARINGS

### [Relates to Dkt. Nos. 41, 42, 43]

**TO THE HONORABLE JOSHUA P. SEARCY,**
**UNITED STATES BANKRUPTCY JUDGE:**

The Debtor in the above-captioned Chapter 11 reorganization respectfully files this

Witness and Exhibit List for the February 7, 2022, emergency hearing on Debtor's (1) *Emergency*

*Motion for Authorization to Pay Critical Vendors*, (2) *Emergency Utility Motion*, and (3) *Second*

*Emergency Motion for Authority to Use Cash Collateral* [Dkt. Nos. 41, 42, 43] (collectively, the

"Motions"). Debtor identifies the following potential witness and exhibits:

### WITNESSES

1. Gregory Sechrist, Managing Partner of Debtor.

### EXHIBITS[1]

| Ex. | Description | Date/Dkt. # | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| 1 | Proposed/Second Interim Cash Collateral Order | 02/04/2022 | | | |
| 2 | Revised 21-Day Estimated Cash | 02/04/2022 | | | |

---

[1] All designated exhibits are either: attached to this list, have already been produced by or to movants, or are publicly available through the Court's online case filing and docketing (ECF) system, accessible at https://ecf.txeb.uscourts.gov

| | Expenditures for Debtor's Business Operations | | | | |
|---|---|---|---|---|---|
| 3 | Texas Secretary of State – Debtor Search | 01/20/2022 | | | |
| 4 | IRS Liens | 01/21/2022 | | | |

Additionally, the Debtor expressly reserves the right to amend and add additional witnesses and exhibits, including witnesses or exhibits listed by any other party and/or rebuttal or impeachment witnesses and exhibits, as they are determined to be relevant or helpful by the Debtor or the Court. Moreover, the Debtor reserves the right to use an documents filed in the case prior to or subsequent to the filling and serving of this witness and exhibit list, and to move the Court for additional relief, if necessary, including asking the Court to take judicial notice of any documents, pleadings, entries, or orders entered in the case.

Dated: February 6, 2022,

Respectfully submitted,

*/s/Braxton B. Markle*
Mark A. Castillo
 Texas State Bar. No. 24027795
Robert C. Rowe
 Texas State Bar No. 24086253
Braxton B. Markle
 Texas State Bar No. 24126022
**CURTIS | CASTILLO PC**
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone:  214.752.2222
Facsimile:  214.752.0709
Email: mcastillo@curtislaw.net
        rrowe@curtislaw.net
        bmarkle@curtislaw.net

**PROPOSED COUNSEL FOR
DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

The undersigned certifies that, on February 6, 2022, a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all parties requesting or consenting to such service in this case.

*/s/Braxton B. Markle*
Braxton B. Markle

EXHIBIT

1

## THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 11** |
| **THE LINDERIAN COMPANY, LTD.,** | § | |
| Tax ID No. 8556 | § | |
| 301 Hollybrook Drive | § | |
| Longview, Texas | § | |
| | § | **Case No. 22-60024** |
| Debtor. | § | |

## INTERIM ORDER GRANTING DEBTOR'S IN POSSESSION SECOND EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND GRANTING ADEQUATE PROTECTION

On this day came on for consideration the Debtor's *Second Emergency Motion for Authority to Use Cash Collateral Pursuant 11 U.S.C. § 363 and Granting Adequate Protection* (the "Motion") of Debtor THE LINDERIAN COMPNAY, LTD. Having considered the Motion, any responses thereto, the arguments of counsel and evidence presented at a hearing on the Motion, the Court enters the following order.

The Court finds that it has jurisdiction over these matters pursuant to 28 U.S.C. §§ 157 and 1334; the Court finds that these are core proceedings pursuant to 28 U.S.C. § 157(b)(2); the Court finds that proper and adequate notice of the Motion and the hearing thereon has been given under the circumstances and that no other or further notice is necessary; the Court finds that the relief granted herein is necessary to avoid immediate and irreparable harm as contemplated by Bankruptcy Rule 6003(b);the Court finds Debtor has shown good, sufficient, and sound business purpose and justification for the relief requested in the Motion; the Court finds the relief requested in the Motion is in the best interest of the Debtor, its estate, and the creditors thereof; and the Court finds that upon the record herein after due deliberation thereon good and sufficient cause exists for granting the Motion as follows:

**ORDERED** that the Motion and relief requested are **GRANTED** on an interim basis as expressly stated herein.

**IT IS FURTHER ORDERED** that, with consent given by the Internal Revenue Service, the Debtor is authorized to utilize Cash Collateral (all terms as defined in the Motion) under section 363 of the Bankruptcy Code of (a) up to $147,534.33 to pay payroll plus the required amount to pay all required taxes and withholdings from both employer and employee, and (b) up to $87,958.00 in additional expenses under the left-side "Authorized" column of the attached Exhibit 1 Budget, less the LDI payroll amount of $500.27 and associated taxes for Greg Sechrist within the line item of LDI Management (which amount has been waived by Mr. Sechrist). The request for payment of the items on the right-side "Postponed" column of the Budget shall be heard at final hearing on February 22, 2022.

**IT IS FURTHER ORDERED** that, as adequate protection and on an interim basis for the use of the Cash Collateral, the Court grants the Secured Creditors (i.e., the Internal Revenue Service) the following protections: Court Records: As part of the adequate protection provided to the Secured Creditors, the Debtor shall submit to the Secured Creditors copies of all monthly reports required to be made to the United States Trustee, all filings made by the Debtor with the Court, and all notices of hearings in this Reorganization Case. Bank Accounts: The Debtor shall maintain their Debtor-in-Possession accounts in accordance with the orders of this Court applicable thereto and/or in accordance with the regulations of the Office of the United States Trustee. Insurance: The Debtor shall give the Secured Creditors proof of insurance coverage and maintain same on the tangible portions of the Collateral. Taxes. The Debtor intends to stay current on all post-petition tax obligations. Replacement Liens: The Secured Creditors shall be granted a general and continuing lien upon and security interest in and to all of the Debtor's right, title, and

interests in, to, and against the Secured Creditors' collateral, acquired by the Debtor after the Petition Date (the "Post-Petition Collateral"); provided, however, that such replacement liens shall be granted only to the extent necessary to replenish the diminution in value as of the Petition Date of the Secured Creditors' pre-petition liens and security interest and shall not exceed the amount, priority, validity, perfection or enforceability of the Secured Creditors' lien position and rights as of the Petition Date; provided further, that such replacement liens shall not attach to avoidance actions or other actions under Chapter 5 of the Bankruptcy Code or any proceeds or recoveries therefrom; provided further that the replacement liens shall not be subject to any lien that is avoided and preserved for the benefit of the Debtor's estates under section 551 of the Bankruptcy Code; provided further that notwithstanding anything to the contrary herein, nothing herein shall prejudice the Debtor's right to contest, dispute, object to, avoid, and/or raise any and all defenses and claims against the Secured Creditors' prepetition alleged secured loans, security interests, and liens for the limited period described herein, and nothing herein shall entitle any of the Secured Creditors to cross collateralization not previously allowed. The Replacement Liens provided by this paragraph shall be deemed first and prior, valid, perfected, and enforceable without the need of filing, recordation, documentation, or other acts on the part of the Secured Creditors or the Debtor subject to the Debtor's right to assert an objection to the nature, extent, validity, or priority of the Secured Creditors' security interests, or any other matter with respect to such.

**IT IS FURTHER ORDERED** that, notwithstanding anything contained herein to the contrary, nothing herein shall affect the rights of the Texas Health and Human Services Commission from exercising its rights of recoupment, but the Debtor In Possession, Internal Revenue Service, or any Trustee subsequently appointed shall retain its right to exhaust administrative remedies to contest the dollar amount of any recoupment(s) effectuated.

**IT IS FURTHER ORDERED** that the relief granted by this Interim Order on an interim basis shall be converted to a final basis if no objection to the Motion is filed by **February 18, 2022**. A final hearing on this Motion will be held on **February 22, 2022 at 9:30 a.m.**, with witness and exhibit lists to be filed and served (and exhibits exchanged) by **February 21, 2022**.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Interim Order.

**IT IS FURTHER ORDERED** that all requested relief not otherwise granted is denied without prejudice.

## The Linderian Company, LTD.

### 21-DAY ESTIMATED CASH EXPENDITURES

**January 20, 2022 - February 10, 2022**

(non-payroll and items to be held to Feb 22 pushed to right column)

Exhibit 1

**EXHIBIT 2**

| EST. DATE | VENDOR | Authorized Amt | Postponed Amt | NOTES | |
|---|---|---|---|---|---|
| 2/1/2022 | American Healthtech | $  1,401 | | Computer software | |
| 2/3/2022 | Atmos | $  2,019 | | gas | |
| 2/1/2022 | Conterra networks | $  541 | | internet service | |
| 2/1/2022 | CPRO Associates | $  7,016 | | work injury ins. | |
| 2/7/2022 | CPSI | $  - | $  677 | medical software | hold |
| 2/5/2022 | Farmer Brothers | $  689 | | coffee | |
| 2/1/2022 | Fortis EMS | $  - | $  2,217 | Medical transport | hold |
| 1/28/2022 | IPPS | $  12,132 | | insurance premium | |
| 2/5/2022 | Kirby | $  1,960 | | chemicals for laundy | |
| 2/7/2022 | City of Longview | $  - | $  1,987 | water | hold |
| 1/30/2022 | Manage Meds | $  - | $  759 | Pharmacy consultant | hold |
| 2/7/2022 | Mckesson Med | $  - | $  6,154 | medical supplies | hold |
| 2/3/2022 | Mealsuite | $  248 | | Dietary software | |
| 1/31/2022 | Optima | $  - | $  400 | Therapy software | hold |
| 1/31/2022 | Optum | $  - | $  277 | therapy software | hold |
| 1/30/2022 | Pharmscript | $  17,604 | | pharmacy | |
| 1/30/2022 | US Med Equipment | $  - | $  1,075 | leased equipment | hold |
| 2/5/2022 | LDI Management | $  20,000 | | Therpy Contract | |
| 2/1/2022 | Lindenmeyr Monroe | $  1,000 | | hskp supplies | |
| 2/1/2022 | Harvest Fresh Juice | $  220 | | Juice | |
| 2/1/2022 | Skinners | $  197 | | gas for van | |
| 1/24/2022 | Bimbo Bakeries | $  225 | | bread | |
| 1/31/2022 | Bimbo Bakeries | $  225 | | bread | |
| 2/7/2022 | Bimbo Bakeries | $  225 | | bread | |
| 1/25/2022 | Hiland Dairy | $  252 | | milk | |
| 2/1/2022 | Hiland Dairy | $  252 | | milk | |
| 2/1/2022 | US Foods | $  13,000 | | food | |
| 2/8/2022 | Hiland Dairy | $  252 | | milk | |
| 2/1/2022 | Shefa Healthcare | $  - | $  50,000 | lease payment | hold |
| | Sub-V T post-pet retainer 1/3 | $  2,500 | | | |
| | Ombudsman poset-pet retainer | $  6,000 | | | |
| | CCPC Bk counsel post-pet retainer | | $  15,000 | | hold |
| | **Total 21-Day Expenditures** | **$  87,958** | **$  78,545** | | |
| | | Authorized | Postponed | | |

| **Anticipated Monthly Revenue** | |
|---|---|
| Private Pay Revenue | 140000 |
| Medicare Revenue | 130000 |
| Insurance Revenue | 40000 |
| Medicaid Revenue | 25000 |
| **Total** | **335000** |

## TEXAS SECRETARY of STATE
## JOHN B. SCOTT

**EXHIBIT**
**7**

**Debtor Name Search**

This debtor name search was performed on 01/20/2022 02:48 PM with the following search parameters:

**EXHIBIT**
**3**

**DEBTOR NAME:** THE LINDERIAN COMPANY
**CITY:** [Not Specified]

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | ✂ | **12-0003395831** | **Notice of Federal Lien** | **02/01/2012 05:00 PM** | **1** | **01/04/2022** |
| ☐ | ✂ | 21-00429339 | Termination | 09/22/2021 05:00 PM | 1 | n/a |

| Debtor | LINDERIAN COMPANY LTD, A PARTNERSHIP | 403 SYLVIA S7 LONGVIEW, TX, 75604-1153 |
|---|---|---|
| Debtor | LINDERIAN COMPANY LTD | 403 SYLVIA S7 LONGVIEW, TX, 75604-1153 |
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | ✂ | **12-0006845581** | **Notice of Federal Lien** | **03/05/2012 05:00 PM** | **1** | **01/04/2022** |
| ☐ | ✂ | 21-00429355 | Termination | 09/22/2021 05:00 PM | 1 | n/a |

| Debtor | LINDERIAN COMPANY LTD, A PARTNERSHIP | 301 HOLLYBROOK DR LONGVIEW, TX, 75605-2461 |
|---|---|---|
| Debtor | LINDERIAN COMPANY LTD | 301 HOLLYBROOK DR LONGVIEW, TX, 75605-2461 |
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | ✂ | **15-0014386937** | **Notice of Federal Lien** | **05/05/2015 05:00 PM** | **1** | **01/28/2025** |
| ☐ | ✂ | 21-00575812 | Termination | 12/21/2021 05:00 PM | 1 | n/a |

| Debtor | LINDERIAN COMPANY LTD, A PARTNERSHIP | 301 HOLLYBROOK DR LONGVIEW, TX, 75605-2461 |
|---|---|---|
| Debtor | LINDERIAN COMPANY LTD | 301 HOLLYBROOK DR LONGVIEW, TX, 75605-2461 |
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | ✂ | **15-0027450993** | **Notice of Federal Lien** | **08/18/2015 05:00 PM** | **1** | **04/29/2025** |

| Debtor | LINDERIAN COMPANY LTD, A PARTNERSHIP | 301 HOLLYBROOK DR LONGVIEW, TX, 75605- |
|---|---|---|

| Debtor | LINDERIAN COMPANY LTD | 301 HOLLYBROOK DR LONGVIEW, TX, 75605-2461 |
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🗑 | 15-0033367028 | Notice of Federal Lien | 10/16/2015 05:00 PM | 1 | 08/05/2025 |

| Debtor | LINDERIAN COMPANY LTD, A PARTNERSHIP | 403 SYLVIA ST LONGVIEW, TX, 75604-1153 |
| Debtor | LINDERIAN COMPANY LTD | 403 SYLVIA ST LONGVIEW, TX, 75604-1153 |
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🗑 | 16-0008451429 | Financing Statement | 03/16/2016 05:00 PM | 7 | 03/16/2021 |

| Debtor | THE LINDERIAN COMPANY, LTD. | 301 HOLLYBROOK DRIVE LONGVIEW, TX, 75605 |
| Secured Party | CAMBRIDGE REALTY CAPITAL LTD. OF ILLINOIS | 125 S. WACKER DRIVE, SUITE 1800 CHICAGO, IL, 60606 |
| Secured Party | SECRETARY OF HOUSING AND URBAN DEVELOPMENT | 451 SEVENTH STREET, SW WASHINGTON, DC, 20410 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🗑 | 19-0043518809 | Notice of Federal Lien | 11/15/2019 05:00 PM | 1 | 11/06/2029 |

| Debtor | LINDERIAN COMPANY LTD | 403 SYLVIA ST LONGVIEW, TX, 75604-1153 |
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🗑 | 20-0030884419 | Financing Statement | 06/26/2020 05:00 PM | 6 | 06/26/2025 |

| Debtor | THE LINDERIAN COMPANY, LTD. | 301 HOLLYBROOK DRIVE LONGVIEW, TX, 75605 |
| Secured Party | CAMBRIDGE REALTY CAPITAL LTD. OF ILLINOIS | ONE NORTH LASALLE ST., 37TH FLOOR CHICAGO, IL, 60602 |
| Secured Party | SECRETARY OF HOUSING AND URBAN DEVELOPMENT | OFFICE OF RESIDENTIAL CARE FACILITIES, 451 7TH STREET SW WASHINGTON, DC, 20410 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🗑 | 20-0062107624 | Notice of Federal Lien | 12/17/2020 05:00 PM | 1 | 10/14/2030 |

| Debtor | LINDERIAN COMPANY LTD | 301 HOLLYBROOK DR LONGVIEW, TX, 75605-2461 |

Secured Party    INTERNAL REVENUE SERVICE    P O BOX 145595 MC 8420G
CINCINNATI, OH, 45250-5595

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|-------|------|---------------|-------------|-------------|-------|------------|
| ☐ | 📄 | **21-0022156837** | **Financing Statement** | **05/28/2021 02:06 PM** | **2** | **05/28/2026** |

| | | |
|---|---|---|
| Debtor | THE LINDERIAN COMPANY, LTD. | 301 HOLLYBROOK DR<br>LONGVIEW, TX, 75605 |
| Debtor | SUMMER MEADOWS | 301 HOLLYBROOK DR<br>LONGVIEW, TX, 75605 |
| Debtor | GREGORY LAVERNE SECHRIST | 403 SYLVIA ST<br>LONGVIEW, TX, 75604 |
| Secured Party | C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700;<br>ATTN: SPRS<br>GLENDALE, CA, 91203 |

---

Records 1 to 10 of 15 scroll    [ Next >> ]    OR    proceed to page [          ] of 3 pages    [ GO ]

Select All Filings: ☐

[ Order Selected Filings ]  [ Order Certificate ]  [ New Search ]

---

Instructions:

- Press 'New Search' if you wish to perform another web inquiry.
- Press 'Previous' or 'Next' to scroll through the results of this inquiry.
- Enter the page number and click 'GO' button to view the desired page.
- Press 'Order Search Certificate' if you wish to order a search certificate with the parameters entered for this web inquiry.
- If you wish to order only selected filings for this debtor, check by the filings and press 'Order Selected Filings'.
- Checked filings will be retained from page to page as you scroll through the results of this inquiry.
- If an order for a search certificate or selected filings is placed against this web inquiry, the web inquiry fee will be waived.
- Check 'Select All Filings' and press 'Order Selected Filings' if you wish to order copies of all filings and full filing history for the results of this web inquiry.
- To view a particular filing document, click on the image under 'View' for the desired document.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

**Debtor Name Search**

This debtor name search was performed on 01/20/2022 02:48 PM with the following search parameters:
**DEBTOR NAME:** THE LINDERIAN COMPANY
**CITY:** [Not Specified]

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🖰 | **21-0028534338** | **Notice of Federal Lien** | **07/06/2021 05:00 PM** | 1 | **04/21/2031** |

| Debtor | LINDERIAN COMPANY LTD | 301 HOLLYBROOK DR<br>LONGVIEW, TX, 75605-2461 |
|---|---|---|
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G<br>CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🖰 | **21-0030403780** | **Notice of Federal Lien** | **07/16/2021 05:00 PM** | 1 | **01/27/2031** |

| Debtor | LINDERIAN COMPANY LTD | 301 HOLLYBROOK DR<br>LONGVIEW, TX, 75605-2461 |
|---|---|---|
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G<br>CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🖰 | **21-0036308245** | **Notice of Federal Lien** | **08/17/2021 05:00 PM** | 1 | **08/11/2031** |

| Debtor | LINDERIAN COMPANY LTD | 403 SYLVIA ST<br>LONGVIEW, TX, 75604-1153 |
|---|---|---|
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G<br>CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🖰 | **21-0046923683** | **Notice of Federal Lien** | **10/20/2021 05:00 PM** | 1 | **08/18/2031** |

| Debtor | LINDERIAN COMPANY LTD | 403 SYLVIA ST<br>LONGVIEW, TX, 75604-1153 |
|---|---|---|
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G<br>CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🖰 | **21-0058069829** | **Financing Statement** | **12/30/2021 12:26 PM** | 2 | **12/30/2026** |

| Debtor | LINDERIAN COMPANY LTD | 301 HOLLYBROOK DR<br>LONGVIEW, TX, 75605 |
|---|---|---|
| Debtor | SUMMER MEADOWS | 301 HOLLYBROOK DR<br>LONGVIEW, TX, 75605 |
| Debtor | THE LINDERIAN COMPANY LTD | 301 HOLLYBROOK DR<br>LONGVIEW, TX, 75605 |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | P.O. BOX 2576,<br>UCCSPREP@CSCINFO.COM<br>SPRINGFIELD, IL, 62708 |

Records 11 to 15 of 15 scroll [ << Previous ] [ Next >> ] OR proceed to page [_____] of 3 pages [ GO ]

Select All Filings: ☐

[Order Selected Filings]  [Order Certificate]  [New Search]

---

Instructions:

🔴 Press 'New Search' if you wish to perform another web inquiry.

🔴 Press 'Previous' or 'Next' to scroll through the results of this inquiry.

🔴 Enter the page number and click 'GO' button to view the desired page.

🔴 Press 'Order Search Certificate' if you wish to order a search certificate with the parameters entered for this web inquiry.

🔴 If you wish to order only selected filings for this debtor, check by the filings and press 'Order Selected Filings'.

🔴 Checked filings will be retained from page to page as you scroll through the results of this inquiry.

🔴 If an order for a search certificate or selected filings is placed against this web inquiry, the web inquiry fee will be waived.

🔴 Check 'Select All Filings' and press 'Order Selected Filings' if you wish to order copies of all filings and full filing history for the results of this web inquiry.

🔴 To view a particular filing document, click on the image under 'View' for the desired document.

**EXHIBIT**

**8**

| Form 668 (Y)(c) | Department of the Treasury - Internal Revenue Service |
|---|---|
| (Rev. February 2004) | **Notice of Federal Tax Lien** |

| Area: <br> SMALL BUSINESS/SELF EMPLOYED AREA #5 <br> Lien Unit Phone: (800) 913-6050 | Serial Number | For Optional Use by Recording Office |
|---|---|---|

**EXHIBIT**

**4**

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.



**21-0046923683**
**10/20/2021 05:00 PM**



FILED

TEXAS
SECRETARY OF STATE

SOS

1088399460010

Name of Taxpayer LINDERIAN COMPANY LTD, a Partnership

Residence      403 SYLVIA ST
               LONGVIEW, TX 75604-1153

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/2021 | XX-XXX8556 | 07/19/2021 | 08/18/2031 | 207703.92 |

Place of Filing

            Secretary of State       Total  $      207703.92
            Austin, TX 78711

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this,

the ____08th___ day of ___October___ 2021.

| Signature | Title REVENUE OFFICER |
|---|---|
| for TEENA BRADBURY | (903) 266-5857 |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

17489

Department of the Treasury - Internal Revenue Service

**Form 668 (Y)(c)**
(Rev. February 2004)

## Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number | For Optional Use by Recording Office |
|---|---|---|

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer LINDERIAN COMPANY LTD, a <u>Partnership</u>

Residence    403 SYLVIA ST
LONGVIEW, TX 75604-1153



21-0036308245
08/17/2021 05:00 PM

FILED
TEXAS
SECRETARY OF STATE
SOS

1073351820010

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 940 | 12/31/2020 | XX-XXX8556 | 07/12/2021 | 08/11/2031 | 542.76 |
| 941 | 12/31/2020 | XX-XXX8556 | 05/10/2021 | 06/09/2031 | 249626.39 |

Place of Filing

Secretary of State
Austin, TX 78711

Total $ 250169.15

This notice was prepared and signed at _____ NASHVILLE, TN _____ , on this,

the ___ 06th ___ day of __ August __ , 2021.

| Signature | Title |
|---|---|
| *Plvin Dean Cerryf*<br>for TEENA BRADBURY | REVENUE OFFICER<br>(903) 266-5857 |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 -.2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

17489

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | ▮▮▮▮ | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**21-0030403780**
**07/16/2021 05:00 PM**

FILED
TEXAS
SECRETARY OF STATE
SOS

1056313870004

Name of Taxpayer  LINDERIAN COMPANY LTD, a <u>Partnership</u>

Residence       301 HOLLYBROOK DR
                LONGVIEW, TX 75605-2461

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below unless notice of the lien is refiled by the date given in column (e), this notice shall on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 06/30/2020 | XX-XXX8556 | 12/28/2020 | 01/27/2031 | 20755.02 |

| Place of Filing | | |
|---|---|---|
| Secretary of State<br>Austin, TX 78711 | Total $ | 20755.02 |

This notice was prepared and signed at _____ NASHVILLE, TN _____ , on this,

the ___07th___ day of ___July___ , 2021.

| Signature<br>for TEENA BRADBURY | Title<br>REVENUE OFFICER<br>(903) 266-5857 |  ▮▮▮▮ |
|---|---|---|

(NOTE:  Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B: 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev.-2-2004)
CAT. NO 60025X

12832

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number | For Optional Use by Recording Office |
|---|---|---|

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer LINDERIAN COMPANY LTD, a Partnership

Residence       301 HOLLYBROOK DR
                LONGVIEW, TX 75605-2461

**21-0028534338**
**07/06/2021 05:00 PM**

FILED
TEXAS
SECRETARY OF STATE
SOS

1064117990005

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2019 | XX-XXX8556 | 02/22/2021 | 03/24/2031 | 2458.23 |
| 941 | 09/30/2020 | XX-XXX8556 | 03/22/2021 | 04/21/2031 | 102915.20 |

Place of Filing

        Secretary of State
        Austin, TX 78711

Total $      105373.43

This notice was prepared and signed at _____ NASHVILLE, TN _____ , on this,

the _____15th_____ day of ____June____ , 2021.

| Signature for TEENA BRADBURY | Title REVENUE OFFICER (903) 266-5857 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

17505

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number | For Optional Use by Recording Office |
|---|---|---|



As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer LINDERIAN COMPANY LTD, a Partnership

Residence        301 HOLLYBROOK DR
                 LONGVIEW, TX 75605-2461

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 09/30/2019 | XX-XXX8556 | 12/30/2019 | 01/29/2030 | 184291.90 |
| 941 | 12/31/2019 | XX-XXX8556 | 03/30/2020 | 04/29/2030 | 245499.28 |
| 941 | 03/31/2020 | XX-XXX8556 | 09/14/2020 | 10/14/2030 | 27394.21 |

Place of Filing

            Secretary of State
            Austin, TX 78711

| | Total | $ | 457185.39 |

This notice was prepared and signed at _____ NASHVILLE, TN _____ , on this,

the ____ 03rd ____ day of ____ December ____, 2020.

| Signature for TEENA BRADBURY | Title REVENUE OFFICER (903) 266-5857 | 25-01-5334 |
|---|---|---|

(NOTE:  Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

17489

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>390677319 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.



**19-0043518809**
**11/15/2019 05:00 PM**

FILED
TEXAS
SECRETARY OF STATE
SOS

927682890009

Name of Taxpayer LINDERIAN COMPANY LTD, a Partnership

Residence
403 SYLVIA ST
LONGVIEW, TX 75604-1153

RECEIVED
NOV 15 2019

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1065 | 12/31/2018 | XX-XXX8556 | 10/07/2019 | 11/06/2029 | 2400.00 |
| 941 | 09/30/2015 | XX-XXX8556 | 12/07/2015 | 01/06/2026 | 15176.60 |
| 941 | 12/31/2015 | XX-XXX8556 | 04/04/2016 | 05/04/2026 | 247410.88 |
| 941 | 03/31/2016 | XX-XXX8556 | 07/11/2016 | 08/10/2026 | 89062.21 |
| 941 | 09/30/2017 | XX-XXX8556 | 02/19/2018 | 03/20/2028 | 12936.63 |
| 941 | 12/31/2017 | XX-XXX8556 | 03/19/2018 | 04/18/2028 | 193596.93 |
| 941 | 03/31/2018 | XX-XXX8556 | 07/02/2018 | 08/01/2028 | 166634.76 |
| 941 | 06/30/2018 | XX-XXX8556 | 11/26/2018 | 12/26/2028 | 218308.18 |
| 941 | 09/30/2018 | XX-XXX8556 | 12/31/2018 | 01/30/2029 | 254257.01 |
| 941 | 12/31/2018 | XX-XXX8556 | 04/01/2019 | 05/01/2029 | 263333.89 |
| 941 | 03/31/2019 | XX-XXX8556 | 07/08/2019 | 08/07/2029 | 258400.05 |

| Place of Filing | | |
|---|---|---|
| Secretary of State<br>Austin, TX 78711 | Total $ | 1721517.14 |

This notice was prepared and signed at _____ NASHVILLE, TN _____ , on this,

the ___04th___ day of ___November___ ___2019___

| Signature<br><br>for TEENA BRADBURY | Title<br>REVENUE OFFICER<br>(903) 266-5857 | 25-01-5334 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

11953

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.



15-0033367028



10/16/2015 05:00 PM

FILED
TEXAS
SECRETARY OF STATE

SOS

636222340008

Name of Taxpayer LINDERIAN COMPANY LTD, a Partnership

Residence     403 SYLVIA ST
              LONGVIEW, TX 75604-1153



RECEIVED
OCT 16 2015
CLK 8⁹

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2014 | XX-XXX8556 | 07/06/2015 | 08/05/2025 | 9119.30 |
| 941 | 03/31/2015 | XX-XXX8556 | 06/22/2015 | 07/22/2025 | 254703.05 |

Place of Filing

Secretary of State
Austin, TX 78711

Total  $     263822.35

This notice was prepared and signed at _____ NASHVILLE, TN _____ , on this,

the _____ 06th _____ day of _____ October _____ , 2015 .

| Signature   *Cheryl Cordaro*<br>for LEONARD ISABELL | Title  REVENUE OFFICER<br>(903) 291-2235 x2250 | |

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

11953

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**15-0027450993**

**08/18/2015 05:00 PM**

FILED

SOS

TEXAS
SECRETARY OF STATE

627418150010

Name of Taxpayer  LINDERIAN COMPANY LTD, a Partnership

Residence       301 HOLLYBROOK DR
                LONGVIEW, TX 75605-2461

RECEIVED
AUG 18 2015
CLK 85

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 940 | 12/31/2011 | XX-XXX8556 | 10/22/2012 | 11/21/2022 | |
| 940 | 12/31/2011 | XX-XXX8556 | 03/30/2015 | 04/29/2025 | 684.47 |
| 941 | 12/31/2014 | XX-XXX8556 | 03/30/2015 | 04/29/2025 | 252925.44 |

| Place of Filing | | |
|---|---|---|
| Secretary of State<br>Austin, TX 78711 | Total $ | 253609.91 |

This notice was prepared and signed at _____ NASHVILLE, TN _____ , on this,

the ___10th___ day of ___August___ , ___2015___ .

| Signature<br>*Cheryl Cordero*<br>for LEONARD ISABELL | Title<br>REVENUE OFFICER<br>(903) 291-2235 x2250 | |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X