**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **THE LINDERIAN COMPANY, LTD.** | § | Case No.: 22-60024 |
| 301 Hollybrook Drive | § | |
| Longview, Texas 75605 | § | Chapter 11 – Subch. V |
| | § | |
| **Debtor.** | § | |

## UNITED STATES' (IRS) WITNESS & EXHIBIT LIST

The United States of America, on behalf of its agency the Internal Revenue Service, files this its Witness & Exhibit List for the hearing on Monday, February 7, 2022, at 1:30 pm.

### WITNESSES

The United States may call as a witness for the hearing:

1. Cheryl Fowler, Bankruptcy Specialist, Internal Revenue Service, 1100 Commerce Street, Dallas, Texas; or other IRS employee if Ms. Fowler is not available;

2. Teena Bradbury, Revenue Officer, Internal Revenue Service, 909 E. Southeast Loop 323, Room 300, Tyler Texas, or other IRS employee if Ms. Bradbury is not available.

3. The United States reserves the right to call any witness designated or called by counsel for any other party;

4. The United States reserves the right to call any witness as a rebuttal witness, whether named herein or not.

### EXHIBITS

The United States may offer for admission into evidence, either by copies thereof or by judicial notice, or both, any of the following exhibits:

| Exhibit No. | Description |
|---|---|
| USA- A | IRS Notices of Federal Tax Lien |

1

The United States reserves the right to introduce and use exhibits whether or not listed herein for impeachment and/or rebuttal purposes. The United States further reserves the right to use or reference any documents, pleadings, and orders previously filed of record with and entered on this Court's Docket in this bankruptcy case or bankruptcy case number 16-60031 Eastern District of Texas. The United States reserves the right to amend or supplement this witness and exhibit list.

Date:  February 7, 2022.            DAVID A. HUBBERT
                                    Deputy Assistant Attorney General

                                     /s/ David G. Adams
                                    DAVID G. ADAMS
                                    State Bar No. 00793227
                                    Attorney, Tax Division
                                    U.S. Department of Justice
                                    717 N. Harwood St., Suite 400
                                    Dallas, Texas 75201
                                    Phone: (214) 880-9737
                                    Fax: (214) 880-9742
                                    david.g.adams@usdoj.gov
                                    ATTORNEY FOR THE UNITED STATES (IRS)

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2022, I electronically filed the foregoing document and the exhibits listed thereon with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel receiving electronic notice.

                                     /s/ David G. Adams
                                    DAVID G. ADAMS

2