| Form 668 (Y)(c) (Rev. February 2004) | 11953 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | | Serial Number  | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.



15-0027450993
08/18/2015 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
627418150010

Name of Taxpayer: LINDERIAN COMPANY LTD, a Partnership

Residence: 301 HOLLYBROOK DR
LONGVIEW, TX 75605-2461

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

Exhibit USA - A

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2011 | XX-XXX8556 | 10/22/2012 | 11/21/2022 | |
| 940 | 12/31/2011 | XX-XXX8556 | 03/30/2015 | 04/29/2025 | 684.47 |
| 941 | 12/31/2014 | XX-XXX8556 | 03/30/2015 | 04/29/2025 | 252925.44 |

Place of Filing: Secretary of State
Austin, TX 78711

Total $ 253609.91

This notice was prepared and signed at NASHVILLE, TN , on this, the 10th day of August, 2015.

Signature: *Cheryl Cordero* for LEONARD ISABELL

Title: REVENUE OFFICER
(903) 291-2235 x2250

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

11953

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

**Area:** SMALL BUSINESS/SELF EMPLOYED AREA #5
Lien Unit Phone: (800) 913-6050

**Serial Number**

**For Optional Use by Recording Office**



15-0033367028
10/16/2015 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
636222340008

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** LINDERIAN COMPANY LTD, a Partnership

**Residence** 403 SYLVIA ST
LONGVIEW, TX 75604-1153

RECEIVED OCT 16 2015 CLK 88

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2014 | XX-XXX8556 | 07/06/2015 | 08/05/2025 | 9119.30 |
| 941 | 03/31/2015 | XX-XXX8556 | 06/22/2015 | 07/22/2025 | 254703.05 |

**Place of Filing**
Secretary of State
Austin, TX 78711

**Total** $ 263822.35

This notice was prepared and signed at _____NASHVILLE, TN_____, on this,
the ___06th___ day of ___October___, __2015__.

**Signature** Cheryl Cordero
for LEONARD ISABELL

**Title** REVENUE OFFICER
(903) 291-2235 x2250

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) (Rev. February 2004) | 17489 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | | **Serial Number** 390677319 | | **For Optional Use by Recording Office** |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

19-0043518809
11/15/2019 05:00 PM


FILED
TEXAS SECRETARY OF STATE
SOS


927682890009

**Name of Taxpayer** LINDERIAN COMPANY LTD, a Partnership

**Residence** 403 SYLVIA ST
LONGVIEW, TX 75604-1153


RECEIVED NOV 15 2019

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1065 | 12/31/2018 | XX-XXX8556 | 10/07/2019 | 11/06/2029 | 2400.00 |
| 941 | 09/30/2015 | XX-XXX8556 | 12/07/2015 | 01/06/2026 | 15176.60 |
| 941 | 12/31/2015 | XX-XXX8556 | 04/04/2016 | 05/04/2026 | 247410.88 |
| 941 | 03/31/2016 | XX-XXX8556 | 07/11/2016 | 08/10/2026 | 89062.21 |
| 941 | 09/30/2017 | XX-XXX8556 | 02/19/2018 | 03/20/2028 | 12936.63 |
| 941 | 12/31/2017 | XX-XXX8556 | 03/19/2018 | 04/18/2028 | 193596.93 |
| 941 | 03/31/2018 | XX-XXX8556 | 07/02/2018 | 08/01/2028 | 166634.76 |
| 941 | 06/30/2018 | XX-XXX8556 | 11/26/2018 | 12/26/2028 | 218308.18 |
| 941 | 09/30/2018 | XX-XXX8556 | 12/31/2018 | 01/30/2029 | 254257.01 |
| 941 | 12/31/2018 | XX-XXX8556 | 04/01/2019 | 05/01/2029 | 263333.89 |
| 941 | 03/31/2019 | XX-XXX8556 | 07/08/2019 | 08/07/2029 | 258400.05 |

**Place of Filing**

Secretary of State
Austin, TX 78711

**Total** $ 1721517.14

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this, the __04th__ day of __November__, __2019__.

Signature _____(signed)_____ for TEENA BRADBURY

Title REVENUE OFFICER (903) 266-5857    25-01-5334

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

Form 668 (Y)(c)
(Rev. February 2004)

17505

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  LINDERIAN COMPANY LTD, a Partnership

Residence  301 HOLLYBROOK DR
LONGVIEW, TX 75605-2461

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 09/30/2019 | XX-XXX8556 | 12/30/2019 | 01/29/2030 | 18491.90 |
| 941 | 12/31/2019 | XX-XXX8556 | 03/30/2020 | 04/29/2030 | 245499.28 |
| 941 | 03/31/2020 | XX-XXX8556 | 09/14/2020 | 10/14/2030 | 27394.21 |

Place of Filing

Secretary of State
Austin, TX 78711

Total $  457185.39

This notice was prepared and signed at __NASHVILLE, TN__, on this,

the __03rd__ day of __December__, __2020__.

Signature  _Elvin Dean George_
for TEENA BRADBURY

Title  REVENUE OFFICER
(903) 266-5857

25-01-5334

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) (Rev. February 2004) | 12832 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | | **Serial Number** | | **For Optional Use by Recording Office** |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  LINDERIAN COMPANY LTD, a Partnership

21-0028534338
07/06/2021 05:00 PM


FILED
TEXAS SECRETARY OF STATE
SOS
1054117990005

Residence  301 HOLLYBROOK DR
LONGVIEW, TX 75605-2461

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2019 | XX-XXX8556 | 02/22/2021 | 03/24/2031 | 2458.23 |
| 941 | 09/30/2020 | XX-XXX8556 | 03/22/2021 | 04/21/2031 | 102915.20 |

Place of Filing

Secretary of State
Austin, TX 78711

Total $ 105373.43

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this,

the ___15th___ day of ___June___, ___2021___.

Signature  /s/ Elvin Dean Curry
for TEENA BRADBURY

Title  REVENUE OFFICER
(903) 266-5857

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

17489

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

**Area:** SMALL BUSINESS/SELF EMPLOYED AREA #5
Lien Unit Phone: (800) 913-6050

**Serial Number:**

**For Optional Use by Recording Office:**
21-0030403780
07/16/2021 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
1066313870004

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer:** LINDERIAN COMPANY LTD, a Partnership

**Residence:** 301 HOLLYBROOK DR
LONGVIEW, TX 75605-2461

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2020 | XX-XXX8556 | 12/28/2020 | 01/27/2031 | 20755.02 |

**Place of Filing**
Secretary of State
Austin, TX 78711

**Total** $ 20755.02

This notice was prepared and signed at _____NASHVILLE, TN_____, on this,
the __07th__ day of __July__, __2021__.

**Signature:** Edwin Adam Curry
for TEENA BRADBURY

**Title:** REVENUE OFFICER
(903) 266-5857

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev.-2-2004)
CAT. NO 60025X

17489

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #5
Lien Unit Phone: (800) 913-6050

Serial Number

For Optional Use by Recording Office

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

21-0036308245
08/17/2021 05:00 PM

FILED
TEXAS
SECRETARY OF STATE
SOS

1073351820010

Name of Taxpayer   LINDERIAN COMPANY LTD, a Partnership

Residence   403 SYLVIA ST
LONGVIEW, TX 75604-1153

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2020 | XX-XXX8556 | 07/12/2021 | 08/11/2031 | 542.76 |
| 941 | 12/31/2020 | XX-XXX8556 | 05/10/2021 | 06/09/2031 | 249626.39 |

Place of Filing

Secretary of State
Austin, TX 78711

Total  $  250169.15

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this,

the ___06th___ day of ___August___, ___2021___.

Signature   /s/ illegible   for TEENA BRADBURY

Title   REVENUE OFFICER
(903) 266-5857

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number | For Optional Use by Recording Office | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

21-0046923683
10/20/2021 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
1088399460010

Name of Taxpayer  LINDERIAN COMPANY LTD, a Partnership

Residence  403 SYLVIA ST
LONGVIEW, TX 75604-1153

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/2021 | XX-XXX8556 | 07/19/2021 | 08/18/2031 | 207703.92 |

Place of Filing

Secretary of State
Austin, TX 78711

Total $ 207703.92

This notice was prepared and signed at _____NASHVILLE, TN_____, on this,

the __08th__ day of __October__, __2021__.

Signature  /s/ Edwin Dean Ciney      Title  REVENUE OFFICER
for TEENA BRADBURY                          (903) 266-5857

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office                     Form 668(Y)(c) (Rev. 2-2004)
                                                      CAT. NO 60025X