# The Linderian Company, LTD.
## 21-DAY ESTIMATED CASH EXPENDITURES
### January 20, 2022 - February 10, 2022

(non-payroll and items to be held to Feb 22 pushed to right column)

Exhibit 1 ~~(struck through)~~  
EXHIBIT 2

| EST. DATE | VENDOR | Authorized Amt | Postponed Amt | NOTES | |
|---|---|---|---|---|---|
| 2/1/2022 | American Healthtech | $ 1,401 | | Computer software | |
| 2/3/2022 | Atmos | $ 2,019 | | gas | |
| 2/1/2022 | Conterra networks | $ 541 | | internet service | |
| 2/1/2022 | CPRO Associates | $ 7,016 | | work injury ins. | |
| 2/7/2022 | CPSI | $ - | $ 677 | medical software | hold |
| 2/5/2022 | Farmer Brothers | $ 689 | | coffee | |
| 2/1/2022 | Fortis EMS | $ - | $ 2,217 | Medical transport | hold |
| 1/28/2022 | IPPS | $ 12,132 | | insurance premium | |
| 2/5/2022 | Kirby | $ 1,960 | | chemicals for laundy | |
| 2/7/2022 | City of Longview | $ - | $ 1,987 | water | hold |
| 1/30/2022 | Manage Meds | $ - | $ 759 | Pharmacy consultant | hold |
| 2/7/2022 | Mckesson Med | $ - | $ 6,154 | medical supplies | hold |
| 2/3/2022 | Mealsuite | $ 248 | | Dietary software | |
| 1/31/2022 | Optima | $ - | $ 400 | Therapy software | hold |
| 1/31/2022 | Optum | $ - | $ 277 | therapy software | hold |
| 1/30/2022 | Pharmscript | $ 17,604 | | pharmacy | |
| 1/30/2022 | US Med Equipment | $ - | $ 1,075 | leased equipment | hold |
| 2/5/2022 | LDI Management | $ 20,000 | | Therpy Contract | |
| 2/1/2022 | Lindenmeyr Monroe | $ 1,000 | | hskp supplies | |
| 2/1/2022 | Harvest Fresh Juice | $ 220 | | Juice | |
| 2/1/2022 | Skinners | $ 197 | | gas for van | |
| 1/24/2022 | Bimbo Bakeries | $ 225 | | bread | |
| 1/31/2022 | Bimbo Bakeries | $ 225 | | bread | |
| 2/7/2022 | Bimbo Bakeries | $ 225 | | bread | |
| 1/25/2022 | Hiland Dairy | $ 252 | | milk | |
| 2/1/2022 | Hiland Dairy | $ 252 | | milk | |
| 2/1/2022 | US Foods | $ 13,000 | | food | |
| 2/8/2022 | Hiland Dairy | $ 252 | | milk | |
| 2/1/2022 | Shefa Healthcare | $ - | $ 50,000 | lease payment | hold |
| | Sub-V T post-pet retainer 1/3 | $ 2,500 | | | |
| | Ombudsman poset-pet retainer | $ 6,000 | | | |
| | CCPC Bk counsel post-pet retainer | | $ 15,000 | | hold |
| | **Total 21-Day Expenditures** | **$ 87,958** | **$ 78,545** | | |
| | | Authorized | Postponed | | |

**Anticipated Monthly Revenue**

| | |
|---|---|
| Private Pay Revenue | 140000 |
| Medicare Revenue | 130000 |
| Insurance Revenue | 40000 |
| Medicaid Revenue | 25000 |
| **Total** | **335000** |