# TEXAS SECRETARY of STATE
# JOHN B. SCOTT



EXHIBIT
7

**Debtor Name Search**

This debtor name search was performed on **01/20/2022 02:48 PM** with the following search parameters:
**DEBTOR NAME:** THE LINDERIAN COMPANY
**CITY:** [Not Specified]



EXHIBIT
3

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **12-0003395831** | **Notice of Federal Lien** | **02/01/2012 05:00 PM** | **1** | **01/04/2022** |
| ☐ | | 21-00429339 | Termination | 09/22/2021 05:00 PM | 1 | n/a |
| Debtor | | LINDERIAN COMPANY LTD, A PARTNERSHIP | | 403 SYLVIA S7 LONGVIEW, TX, 75604-1153 | | |
| Debtor | | LINDERIAN COMPANY LTD | | 403 SYLVIA S7 LONGVIEW, TX, 75604-1153 | | |
| Secured Party | | INTERNAL REVENUE SERVICE | | P O BOX 145595 MC 8420G CINCINNATI, OH, 45250-5595 | | |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **12-0006845581** | **Notice of Federal Lien** | **03/05/2012 05:00 PM** | **1** | **01/04/2022** |
| ☐ | | 21-00429355 | Termination | 09/22/2021 05:00 PM | 1 | n/a |
| Debtor | | LINDERIAN COMPANY LTD, A PARTNERSHIP | | 301 HOLLYBROOK DR LONGVIEW, TX, 75605-2461 | | |
| Debtor | | LINDERIAN COMPANY LTD | | 301 HOLLYBROOK DR LONGVIEW, TX, 75605-2461 | | |
| Secured Party | | INTERNAL REVENUE SERVICE | | P O BOX 145595 MC 8420G CINCINNATI, OH, 45250-5595 | | |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **15-0014386937** | **Notice of Federal Lien** | **05/05/2015 05:00 PM** | **1** | **01/28/2025** |
| ☐ | | 21-00575812 | Termination | 12/21/2021 05:00 PM | 1 | n/a |
| Debtor | | LINDERIAN COMPANY LTD, A PARTNERSHIP | | 301 HOLLYBROOK DR LONGVIEW, TX, 75605-2461 | | |
| Debtor | | LINDERIAN COMPANY LTD | | 301 HOLLYBROOK DR LONGVIEW, TX, 75605-2461 | | |
| Secured Party | | INTERNAL REVENUE SERVICE | | P O BOX 145595 MC 8420G CINCINNATI, OH, 45250-5595 | | |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **15-0027450993** | **Notice of Federal Lien** | **08/18/2015 05:00 PM** | **1** | **04/29/2025** |
| Debtor | | LINDERIAN COMPANY LTD, A PARTNERSHIP | | 301 HOLLYBROOK DR LONGVIEW, TX, 75605- | | |

| | | |
|---|---|---|
| Debtor | LINDERIAN COMPANY LTD | 301 HOLLYBROOK DR LONGVIEW, TX, 75605-2461 |
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🗞 | 15-0033367028 | Notice of Federal Lien | 10/16/2015 05:00 PM | 1 | 08/05/2025 |

| | | |
|---|---|---|
| Debtor | LINDERIAN COMPANY LTD, A PARTNERSHIP | 403 SYLVIA ST LONGVIEW, TX, 75604-1153 |
| Debtor | LINDERIAN COMPANY LTD | 403 SYLVIA ST LONGVIEW, TX, 75604-1153 |
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🗞 | 16-0008451429 | Financing Statement | 03/16/2016 05:00 PM | 7 | 03/16/2021 |

| | | |
|---|---|---|
| Debtor | THE LINDERIAN COMPANY, LTD. | 301 HOLLYBROOK DRIVE LONGVIEW, TX, 75605 |
| Secured Party | CAMBRIDGE REALTY CAPITAL LTD. OF ILLINOIS | 125 S. WACKER DRIVE, SUITE 1800 CHICAGO, IL, 60606 |
| Secured Party | SECRETARY OF HOUSING AND URBAN DEVELOPMENT | 451 SEVENTH STREET, SW WASHINGTON, DC, 20410 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🗞 | 19-0043518809 | Notice of Federal Lien | 11/15/2019 05:00 PM | 1 | 11/06/2029 |

| | | |
|---|---|---|
| Debtor | LINDERIAN COMPANY LTD | 403 SYLVIA ST LONGVIEW, TX, 75604-1153 |
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🗞 | 20-0030884419 | Financing Statement | 06/26/2020 05:00 PM | 6 | 06/26/2025 |

| | | |
|---|---|---|
| Debtor | THE LINDERIAN COMPANY, LTD. | 301 HOLLYBROOK DRIVE LONGVIEW, TX, 75605 |
| Secured Party | CAMBRIDGE REALTY CAPITAL LTD. OF ILLINOIS | ONE NORTH LASALLE ST., 37TH FLOOR CHICAGO, IL, 60602 |
| Secured Party | SECRETARY OF HOUSING AND URBAN DEVELOPMENT | OFFICE OF RESIDENTIAL CARE FACILITIES, 451 7TH STREET SW WASHINGTON, DC, 20410 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🗞 | 20-0062107624 | Notice of Federal Lien | 12/17/2020 05:00 PM | 1 | 10/14/2030 |

| | | |
|---|---|---|
| Debtor | LINDERIAN COMPANY LTD | 301 HOLLYBROOK DR LONGVIEW, TX, 75605-2461 |

| | | |
|---|---|---|
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G<br>CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 📄 | **21-0022156837** | **Financing Statement** | **05/28/2021 02:06 PM** | **2** | **05/28/2026** |

| | | |
|---|---|---|
| Debtor | THE LINDERIAN COMPANY, LTD. | 301 HOLLYBROOK DR<br>LONGVIEW, TX, 75605 |
| Debtor | SUMMER MEADOWS | 301 HOLLYBROOK DR<br>LONGVIEW, TX, 75605 |
| Debtor | GREGORY LAVERNE SECHRIST | 403 SYLVIA ST<br>LONGVIEW, TX, 75604 |
| Secured Party | C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700;<br>ATTN: SPRS<br>GLENDALE, CA, 91203 |

Records 1 to 10 of 15 scroll  [ Next >> ]   OR   proceed to page [     ] of 3 pages  [ GO ]

Select All Filings: ☐

[ Order Selected Filings ]  [ Order Certificate ]  [ New Search ]

---

Instructions:
- Press 'New Search' if you wish to perform another web inquiry.
- Press 'Previous' or 'Next' to scroll through the results of this inquiry.
- Enter the page number and click 'GO' button to view the desired page.
- Press 'Order Search Certificate' if you wish to order a search certificate with the parameters entered for this web inquiry.
- If you wish to order only selected filings for this debtor, check by the filings and press 'Order Selected Filings'.
- Checked filings will be retained from page to page as you scroll through the results of this inquiry.
- If an order for a search certificate or selected filings is placed against this web inquiry, the web inquiry fee will be waived.
- Check 'Select All Filings' and press 'Order Selected Filings' if you wish to order copies of all filings and full filing history for the results of this web inquiry.
- To view a particular filing document, click on the image under 'View' for the desired document.

# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

**Debtor Name Search**

This debtor name search was performed on 01/20/2022 02:48 PM with the following search parameters:
**DEBTOR NAME:** THE LINDERIAN COMPANY
**CITY:** [Not Specified]

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 21-0028534338 | Notice of Federal Lien | 07/06/2021 05:00 PM | 1 | 04/21/2031 |

| Debtor | LINDERIAN COMPANY LTD | 301 HOLLYBROOK DR LONGVIEW, TX, 75605-2461 |
|---|---|---|
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 21-0030403780 | Notice of Federal Lien | 07/16/2021 05:00 PM | 1 | 01/27/2031 |

| Debtor | LINDERIAN COMPANY LTD | 301 HOLLYBROOK DR LONGVIEW, TX, 75605-2461 |
|---|---|---|
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 21-0036308245 | Notice of Federal Lien | 08/17/2021 05:00 PM | 1 | 08/11/2031 |

| Debtor | LINDERIAN COMPANY LTD | 403 SYLVIA ST LONGVIEW, TX, 75604-1153 |
|---|---|---|
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 21-0046923683 | Notice of Federal Lien | 10/20/2021 05:00 PM | 1 | 08/18/2031 |

| Debtor | LINDERIAN COMPANY LTD | 403 SYLVIA ST LONGVIEW, TX, 75604-1153 |
|---|---|---|
| Secured Party | INTERNAL REVENUE SERVICE | P O BOX 145595 MC 8420G CINCINNATI, OH, 45250-5595 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 21-0058069829 | Financing Statement | 12/30/2021 12:26 PM | 2 | 12/30/2026 |

| Debtor | LINDERIAN COMPANY LTD | 301 HOLLYBROOK DR LONGVIEW, TX, 75605 |
|---|---|---|
| Debtor | SUMMER MEADOWS | 301 HOLLYBROOK DR LONGVIEW, TX, 75605 |
| Debtor | THE LINDERIAN COMPANY LTD | 301 HOLLYBROOK DR LONGVIEW, TX, 75605 |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | P.O. BOX 2576, UCCSPREP@CSCINFO.COM SPRINGFIELD, IL, 62708 |

Records 11 to 15 of 15 scroll  [<< Previous]  [Next >>]  OR  proceed to page [   ] of 3 pages [GO]

Select All Filings: ☐
[Order Selected Filings]  [Order Certificate]  [New Search]

---

Instructions:
- Press 'New Search' if you wish to perform another web inquiry.
- Press 'Previous' or 'Next' to scroll through the results of this inquiry.
- Enter the page number and click 'GO' button to view the desired page.
- Press 'Order Search Certificate' if you wish to order a search certificate with the parameters entered for this web inquiry.
- If you wish to order only selected filings for this debtor, check by the filings and press 'Order Selected Filings'.
- Checked filings will be retained from page to page as you scroll through the results of this inquiry.
- If an order for a search certificate or selected filings is placed against this web inquiry, the web inquiry fee will be waived.
- Check 'Select All Filings' and press 'Order Selected Filings' if you wish to order copies of all filings and full filing history for the results of this web inquiry.
- To view a particular filing document, click on the image under 'View' for the desired document.