Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Form 668 (Y)(c)
(Rev. February 2004)

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number | For Optional Use by Recording Office |

EXHIBIT 4

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

21-0046923683
10/20/2021 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
1088399460010

Name of Taxpayer LINDERIAN COMPANY LTD, a Partnership

Residence   403 SYLVIA ST
            LONGVIEW, TX 75604-1153

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/2021 | XX-XXX8556 | 07/19/2021 | 08/18/2031 | 207703.92 |

Place of Filing

Secretary of State
Austin, TX 78711

Total $ 207703.92

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this,

the  08th  day of  October  , 2021 .

Signature _[signed]_ for TEENA BRADBURY

Title REVENUE OFFICER
(903) 266-5857

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

17489

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number | | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

21-0036308245
08/17/2021 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
1073351820010

Name of Taxpayer  LINDERIAN COMPANY LTD, a Partnership

Residence  403 SYLVIA ST
LONGVIEW, TX 75604-1153

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2020 | XX-XXX8556 | 07/12/2021 | 08/11/2031 | 542.76 |
| 941 | 12/31/2020 | XX-XXX8556 | 05/10/2021 | 06/09/2031 | 249626.39 |

Place of Filing

Secretary of State
Austin, TX 78711

Total $ 250169.15

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this,

the  06th  day of  August , 2021.

| Signature  *Plirim Dean Curry* for TEENA BRADBURY | Title  REVENUE OFFICER  (903) 266-5857 | |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

17489

Department of the Treasury - Internal Revenue Service

Form 668 (Y)(c)
(Rev. February 2004)

# Notice of Federal Tax Lien

| Area: | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | | 21-0030403780<br>07/16/2021 05:00 PM<br>FILED<br>TEXAS SECRETARY OF STATE<br>SOS<br>1056313870004 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer LINDERIAN COMPANY LTD, a Partnership

Residence  301 HOLLYBROOK DR
LONGVIEW, TX 75605-2461

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2020 | XX-XXX8556 | 12/28/2020 | 01/27/2031 | 20755.02 |

Place of Filing

Secretary of State
Austin, TX 78711

Total $ 20755.02

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this,

the 07th day of July, 2021.

| Signature<br>for TEENA BRADBURY | Title<br>REVENUE OFFICER<br>(903) 266-5857 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

12832

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

**Form 668 (Y)(c)**
(Rev. February 2004)

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

21-0028534338
07/06/2021 05:00 PM

FILED
TEXAS SECRETARY OF STATE
SOS

1064117990005

Name of Taxpayer LINDERIAN COMPANY LTD, a Partnership

Residence  301 HOLLYBROOK DR
LONGVIEW, TX 75605-2461

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2019 | XX-XXX8556 | 02/22/2021 | 03/24/2031 | 2458.23 |
| 941 | 09/30/2020 | XX-XXX8556 | 03/22/2021 | 04/21/2031 | 102915.20 |

Place of Filing

Secretary of State
Austin, TX 78711

Total $ 105373.43

This notice was prepared and signed at NASHVILLE, TN , on this,

the 15th day of June , 2021.

| Signature for TEENA BRADBURY | Title REVENUE OFFICER (903) 266-5857 |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) (Rev. February 2004) | 17505 Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number | | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer LINDERIAN COMPANY LTD, a Partnership

Residence    301 HOLLYBROOK DR
             LONGVIEW, TX 75605-2461

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 09/30/2019 | XX-XXX8556 | 12/30/2019 | 01/29/2030 | 18429l.90 |
| 941 | 12/31/2019 | XX-XXX8556 | 03/30/2020 | 04/29/2030 | 245499.28 |
| 941 | 03/31/2020 | XX-XXX8556 | 09/14/2020 | 10/14/2030 | 27394.21 |

Place of Filing

    Secretary of State
    Austin, TX 78711                              Total  $  457185.39

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this,

the ___03rd___ day of ___December___, 2020.

| Signature for TEENA BRADBURY | Title REVENUE OFFICER (903) 266-5857 | 25-01-5334 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office         Form 668(Y)(c) (Rev. 2-2004)
                                          CAT. NO 60025X

20-0062107624 12/17/2020 05:00 PM FILED TEXAS SECRETARY OF STATE
RECEIVED DEC 17 2020

17489

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | **Serial Number** 390677319 | **For Optional Use by Recording Office** 19-0043518809 11/15/2019 05:00 PM  FILED TEXAS SECRETARY OF STATE SOS  927682890009 | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  LINDERIAN COMPANY LTD, a Partnership

Residence  403 SYLVIA ST
LONGVIEW, TX 75604-1153



**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1065 | 12/31/2018 | XX-XXX8556 | 10/07/2019 | 11/06/2029 | 2400.00 |
| 941 | 09/30/2015 | XX-XXX8556 | 12/07/2015 | 01/06/2026 | 15176.60 |
| 941 | 12/31/2015 | XX-XXX8556 | 04/04/2016 | 05/04/2026 | 247410.88 |
| 941 | 03/31/2016 | XX-XXX8556 | 07/11/2016 | 08/10/2026 | 89062.21 |
| 941 | 09/30/2017 | XX-XXX8556 | 02/19/2018 | 03/20/2028 | 12936.63 |
| 941 | 12/31/2017 | XX-XXX8556 | 03/19/2018 | 04/18/2028 | 193596.93 |
| 941 | 03/31/2018 | XX-XXX8556 | 07/02/2018 | 08/01/2028 | 166634.76 |
| 941 | 06/30/2018 | XX-XXX8556 | 11/26/2018 | 12/26/2028 | 218308.18 |
| 941 | 09/30/2018 | XX-XXX8556 | 12/31/2018 | 01/30/2029 | 254257.01 |
| 941 | 12/31/2018 | XX-XXX8556 | 04/01/2019 | 05/01/2029 | 263333.89 |
| 941 | 03/31/2019 | XX-XXX8556 | 07/08/2019 | 08/07/2029 | 258400.05 |

Place of Filing
Secretary of State
Austin, TX 78711

Total  $  1721517.14

This notice was prepared and signed at _____NASHVILLE, TN_____, on this,

the ___04th___ day of ___November___, _2019_.

| Signature for TEENA BRADBURY | Title REVENUE OFFICER (903) 266-5857 | 25-01-5334 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

11953

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | **Serial Number** | | **For Optional Use by Recording Office** |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**15-0033367028**
**10/16/2015 05:00 PM**


FILED TEXAS SECRETARY OF STATE
SOS


636222340008

**Name of Taxpayer** LINDERIAN COMPANY LTD, a Partnership

**Residence** 403 SYLVIA ST
LONGVIEW, TX 75604-1153


RECEIVED OCT 16 2015 CLK 88

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2014 | XX-XXX8556 | 07/06/2015 | 08/05/2025 | 9119.30 |
| 941 | 03/31/2015 | XX-XXX8556 | 06/22/2015 | 07/22/2025 | 254703.05 |

**Place of Filing**

Secretary of State
Austin, TX 78711

**Total** $ 263822.35

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this,

the __06th__ day of __October__, __2015__.

| Signature Cheryl Cordero for LEONARD ISABELL | Title REVENUE OFFICER (903) 291-2235 x2250 |
|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

11953

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #5
Lien Unit Phone: (800) 913-6050

Serial Number

For Optional Use by Recording Office

15-0027450993
08/18/2015 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
627418150010

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer LINDERIAN COMPANY LTD, a Partnership

Residence   301 HOLLYBROOK DR
            LONGVIEW, TX 75605-2461

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

RECEIVED AUG 18 2015 CLK 85

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2011 | XX-XXX8556 | 10/22/2012 | 11/21/2022 | |
| 940 | 12/31/2011 | XX-XXX8556 | 03/30/2015 | 04/29/2025 | 684.47 |
| 941 | 12/31/2014 | XX-XXX8556 | 03/30/2015 | 04/29/2025 | 252925.44 |

Place of Filing

Secretary of State
Austin, TX 78711

Total $ 253609.91

This notice was prepared and signed at  NASHVILLE, TN , on this,

the  10th  day of  August , 2015 .

Signature  Cheryl Cordero  for LEONARD ISABELL

Title REVENUE OFFICER
(903) 291-2235 x2250

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X