
# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| IN RE:<br>The Linderian Company, Ltd.<br>301 Hollybrook Dr<br>Longview, TX 75605<br>dba Summer Meadows<br>  Debtor | Case No. 22-60024<br>Chapter 11 |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION AND SHORTENED NOTICE PERIOD FOR U.S. TRUSTEE'S *FIRST AMENDED* AND *UNOPPOSED* MOTION TO APPOINT A PATIENT CARE OMBUDSMAN (DOCKET #53)**

ON THIS DATE the Court considered the Motion for Expedited Consideration and Shortened Notice filed by the U.S. Trustee ("Movant") in conjunction with its Motion to Appoint Patient Care Ombudsman (the "PCO Motion")(Docket #53). The Court finds that the request complies with LBR 9007(c) and demonstrates that sufficient cause exists for shortening the normal response time and granting expedited consideration of the PCO Motion. Accordingly,

**IT IS THEREFORE ORDERED** that any Objections to the PCO Motion (Docket #53) shall be filed no later than 12 Noon CST on February 11, 2022. If no timely Objection to the PCO Motion is filed, the Motion shall be ripe for consideration. The Court shall then grant the PCO Motion and appoint the PCO in accordance with 11 U.S.C. §333.

SO ORDERED AND ADJUDGED.

Signed on 02/08/2022

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

Order Granting Motion for Expedited Consideration - Page 1 of 1

United States Bankruptcy Court

Eastern District of Texas

| | |
|---|---|
| In re: | Case No. 22-60024-jps |
| The Linderian Company, Ltd. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-6 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 08, 2022 | Form ID: pdf400 | Total Noticed: 78 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Linderian Company, Ltd., 301 Hollybrook Dr, Longview, TX 75605-2461 |
| cr | + | EBF Holdings, LLC d/b/a Everest Business Funding, c/o Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| intp | | Texas Health and Human Services Commission, c/o Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548, MC-008, Austin, TX 78711-2548 |
| 8112919 | + | AAA E Tex Storage, 808 E Loop 281, Longview, TX 75605-5007 |
| 8112982 | ++ | AMERICAN ELECTRIC POWER, ATTN ATTN DWIGHT C SNOWDEN, 1 RIVERSIDE PLAZA 13TH FLOOR, COLUMBUS OH 43215-2355 address filed with court:, Southwestern Electric Power, PO Box 24422, Canton, OH 44701 |
| 8112920 | + | Alco Air, 4412 US 259 N, Longview, TX 75605-7703 |
| 8112921 | | American Fire Protection, 8000 West 78th Street, S-111, Edina, MN 55439-2535 |
| 8114029 | + | American Health Tech, P O Box 93617, Atlanta GA 31193-0001 |
| 8112922 | + | American Healthtech, PO Box 936171, Atlanta, GA 31193-6171 |
| 8112924 | | Atmos Energy, P.O. Box 650205, Dallas, TX 75265-0205 |
| 8112926 | + | BKD LLP, 2800 Post Oak Blvd., S-3200, Houston, TX 77056-6167 |
| 8112925 | + | Bare Metal Standard, PO Box 16374, Boise, ID 83715-6374 |
| 8112927 | + | Briggs Healthcare, 7887 University Blvd., Clive, IA 50325-1243 |
| 8112928 | + | Bugged Out Exterminating, PO Box 235, Judson, TX 75660-0235 |
| 8112937 | + | CPSI, PO Box 11407, Birmingham, AL 35246-3059 |
| 8112929 | + | Cambridge Realty Capital, Ltd., 125 S. Wacker Dr., Suite 1800A, Chicago, IL 60606-4313 |
| 8112930 | + | Centre of Rehab Excellence, 3202 N. 4th Street, Ste. 101, Longview, TX 75605-5218 |
| 8112931 | + | Christus Good Shepherd, 700 E. Marshall Ave., Longview, TX 75601-5580 |
| 8112932 | + | City of Longview Fire/EMS, 200 S. Center St., Longview, TX 75601-7447 |
| 8112933 | + | City of Longview Water Dept., PO Box 1952, Longview, TX 75606-1952 |
| 8112936 | + | Conterra Networks, PO Box 281357, Atlanta, GA 30384-1357 |
| 8112938 | | Diagnostic Clinic of Longview, 805 Medical Circle Dr., Longview, TX 75605 |
| 8112939 | + | EBF Holdings, LLC, 5 West 37th Street, Suite 1100, New York, NY 10018-6222 |
| 8112942 | + | ETR Air Conditioning & Heating, 4700 Old Troup Hwy, Tyler, TX 75707-1426 |
| 8112940 | + | Edge Office Products, 1909 Judson Road, Longview, TX 75605-5607 |
| 8112941 | | Edwards Septic & Grease Trap Serv., 608 Garrett Rd., Longview, TX 75603 |
| 8112943 | + | Farmers Bros. Coffee, 4113 Metro Dr., Shreveport, LA 71109-6001 |
| 8112944 | | Food Service Resources, 5351 McEver Rd., Suite A, Flowery Branch, GA 30542 |
| 8112945 | + | Fortis EMS, 701 Glencrest Lane, Ste. B, Longview, TX 75601-5145 |
| 8112946 | + | Fox Business Funding, 65 Broadway, Suite 804, New York, NY 10006-2503 |
| 8112947 | + | Fox Capital Group, 17640 Bentley Dr., Morgan Hill, CA 95037-3124 |
| 8112951 | + | GS Physician Services, PO Box 731218, Dallas, TX 75373-1219 |
| 8112948 | + | Gamma Healthcare Inc., 1717 W. Maud, Poplar Bluff, MO 63901-4003 |
| 8112949 | | Glenwood Clear Creek, LLC, 3861 Grouse Rd., Gilmer, TX 75645 |
| 8112950 | + | Greatland Corp., PO Box 1157, Grand Rapids, MI 49501-1157 |
| 8112952 | + | Hardin's True Value Hardware, 106 Delwood St., Longview, TX 75605-3372 |
| 8112956 | + | Johnson Southwest, PO Box 3396, Kilgore, TX 75663-3396 |
| 8112957 | + | Kirby Restaurant Supply, 809 S. Eastman Rd., Longview, TX 75602-2303 |
| 8112959 | + | LOMC, 3202 N. Fourth Street, Suite 100, Longview, TX 75605-5218 |
| 8112958 | + | Lawson Products, PO Box 734922, Chicago, IL 60673-4922 |
| 8112960 | + | Longview Alarms, Inc., 115 Hope Dr., Longview, TX 75604-1615 |

| Recip ID | | Recipient |
|---|---|---|
| 8112961 | + | Longview Print Shop, 1120 N. Third Street, Longview, TX 75601-4699 |
| 8112962 | + | Longview Regional Medical Center, PO Box 848144, Dallas, TX 75284-8144 |
| 8112963 | + | Louis Morgan #4, 110 Johnson St., Longview, TX 75601-3999 |
| 8112965 | + | MCKESSON MEDICAL-SURGICAL, PO Box 630693, Cincinatti, OH 45263-0693 |
| 8112964 | + | Manage Meds, LLC, PO Box 377, Mason, OH 45040-0377 |
| 8112966 | + | Mealsuite Inc., 5001 LBJ Fwy, Ste 525, Dallas, TX 75244-6149 |
| 8112969 | + | Mother Frances Hospital, 800 E. Dawson, Dallas, TX 75284-0001 |
| 8112970 | + | Optima Healthcare Sol., LLC, PO Box 72046, Cleveland, OH 44192-0002 |
| 8112971 | + | Optum Financial, 9900 Bren Road East, Minnetonka, MN 55343-9664 |
| 8112972 | + | Performance Health, PO Box 93040, Chicago, IL 60673-3040 |
| 8112973 | + | Pharmscript of Texas LLC, PO Box 6042, Somerset, NJ 08875-6042 |
| 8112974 | + | Pioneer Scale Company, Inc., PO Box 1255, Benton, AR 72018-1255 |
| 8112975 | | Prospera NPWT, LLC, 1616 Van Zandt County Road 3416, Wills Point, TX 75169 |
| 8114043 | | Prospera NPWT, LLC, 1616 VZ CR 3416, Wills Point TX 76169 |
| 8112977 | + | Retirement Home TV Corp., 4604 Arden Dr., Fort Wayne, IN 46804-4451 |
| 8112978 | + | Shefa Healthcare, LLC, 499 North Canon Dr., 3rd Floor, Beverly Hills, CA 90210-4886 |
| 8112979 | + | Shred-It USA, PO Box 13574, New York, NY 10087-0001 |
| 8112980 | + | Sims Family Heating & Air, 505 Nell St., Longview, TX 75604-1450 |
| 8112981 | + | Southwestern Elec. Power-Airline, PO Box 2242, Canton, OH 44720-0242 |
| 8112983 | + | Star Linen & Supply, 1501 Lancer Dr., Moorestown, NJ 08057-4233 |
| 8112984 | + | Strategic Healthcare Programs, LLC, PO Box 936778, Atlanta, GA 31193-6778 |
| 8112985 | + | Summit Fire & Security, PO Box 6783, Carol Stream, IL 60197-6783 |
| 8112986 | + | Sysco East Texas, 4577 Estes Pkwy., Longview, TX 75603-0900 |
| 8114046 | + | Texas Oncolocy PA, 12221 Merit Dr Ste 500, Dallas TX 75251-3100 |
| 8112987 | + | Texas Oncology PA, 12221 Merit Dr., Ste. 500, Dallas, TX 75251-3100 |
| 8112988 | + | Turfscapes, PO Box 463, Judson, TX 75660-0463 |
| 8112989 | + | US Foodservice Dallas, PO Box 843202, Dallas, TX 75284-3202 |
| 8112990 | + | US Med Disposal Inc., PO Box 1900, Athens, TX 75751-1900 |
| 8112991 | + | US Med Equip Inc., PO Box 4339, Houston, TX 77210-4339 |
| 8112992 | + | Washco Commercial Service, PO Box 5092, Longview, TX 75608-5092 |
| 8112993 | + | Washco Inc., PO Box 5092, Longview, TX 75608-5092 |

TOTAL: 72

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Feb 08 2022 23:26:00 | Gregg County, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A. Spindler, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| 8112982 | | Email/Text: dcsnowden@aep.com | Feb 08 2022 23:26:00 | Southwestern Electric Power, PO Box 24422, Canton, OH 44701 |
| 8112934 | | Email/Text: bankruptcy@deltabridgefunding.com | Feb 08 2022 23:26:00 | Cloudfund LLC, 400 Rella Blvd., Suite 165-101, Suffern, NY 10901 |
| 8112955 | | Email/Text: ipfscollectionsreferrals@ipfs.com | Feb 08 2022 23:26:00 | IPFS Corporation, 24722 Network Place, Chicago, IL 60673 |
| 8114037 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 08 2022 23:26:00 | IRS, Special Procedures Insolvency, P O Box 7346, Philadelphia PA 19101-7346 |
| 8112967 | | Email/Text: twilac@medshoptotalcare.com | Feb 08 2022 23:26:00 | Med-Shop Total Care, Inc., 472 East Loop 281, Longview, TX 75605 |
| 8112976 | | Email/Text: RSSNBankruptcy@repsrv.com | Feb 08 2022 23:26:00 | Republic Services, P.O. Box 78829, Phoenix, AZ 85062-8829 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

Case 22-60024  Doc 83  Filed 02/10/22  Entered 02/10/22 23:28:15  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0540-6 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: pdf400 | Total Noticed: 78 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Shefa Healthcare, LLC |
| cr | | United States (IRS) |
| 8112923 | | Approximately 127 employees |
| 8114044 | *P++ | AMERICAN ELECTRIC POWER, ATTN ATTN DWIGHT C SNOWDEN, 1 RIVERSIDE PLAZA 13TH FLOOR, COLUMBUS OH 43215-2355, address filed with court:, Southwestern Electric Power, P O Box 24422, Canton OH 44701 |
| 8114030 | *+ | BKD LLP, 2800 Post Oak Blvd, S-3200, Houston TX 77056-6167 |
| 8114031 | *P++ | CLOUDFUND LLC, 400 RELLA BOULEVARD SUITE 165-101, SUFFERN NY 10901-4241, address filed with court:, Cloudfund LLC, 400 Rella Blvd, Suite 165-101, Suffern NY 10901 |
| 8114032 | *+ | EBF Holdings LLC, 5 West 37th Street, Ste 1100, New York NY 10018-6222 |
| 8114033 | *+ | ETR Air, Conditioning & Heating, 4700 Old Troup Hwy, Tyler TX 75707-1426 |
| 8114034 | *+ | Fortis EMS, 701 Glencrest Lane, Ste B, Longview TX 75601-5145 |
| 8114035 | *+ | Fox Capital Group, 17640 Bentley Dr, Morgan Hill CA 95037-3124 |
| 8114036 | *+ | Gamma Healthcare Inc, 1717 W Maud, Poplar Bluff MO 63901-4003 |
| 8114038 | *P++ | IPFS CORPORATION, 30 MONTGOMERY STREET, SUITE 1000, JERSEY CITY NJ 07302-3836, address filed with court:, IPFS Corporation, 24722 Network Place, Chicago IL 60673 |
| 8113209 | *+ | Internal Revenue Service, MC 5026 DAL, 1100 Commerce St, Dallas, TX 75242-1100 |
| 8112954 | *+ | Internal Revenue Service, ATTN: Teena Bradbury, 909 ESE Loop 323, Room 300 MC:5102 TYLR, Tyler, TX 75701-9100 |
| 8112953 | * | Internal Revenue Service, Special Procedures - Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8114039 | *+ | Longview Regional Medical Center, P O Box 848144, Dallas TX 75284-8144 |
| 8114040 | *+ | McKesson Medical-Surgical, P O Box 630693, Cincinatti OH 45263-0693 |
| 8114041 | *+ | Mobile Dental Care, 10830 N Central Expy Ste 495, Dallas TX 75231-1099 |
| 8114042 | *+ | Pharmscript of Texas LLC, P O Box 6042, Somerset NJ 08875-6042 |
| 8114045 | *+ | Sysco East Texas, 4577 Estes Pkwy, Longview TX 75603-0900 |
| 8114047 | *+ | US Foodservice Dallas, P O Box 843202, Dallas TX 75284-3202 |
| 8114048 | *+ | US Med Equip Inc, P O Box 4339, Houston TX 77210-4339 |
| 8112935 | ##+ | Complete Business Systems, Inc., PO Box 3547, Longview, TX 75606-3547 |
| 8112968 | ##+ | Mobile Dental Care, 10830 N. Central Expy., Ste. 495, Dallas, TX 75231-1099 |

TOTAL: 3 Undeliverable, 19 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2022         Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandon James Gibbons | on behalf of Creditor EBF Holdings  LLC d/b/a Everest Business Funding bgibbons@padfieldstout.com |
| David G. Adams | on behalf of Creditor United States (IRS) david.g.adams@usdoj.gov  southwestern.taxcivil@usdoj.gov |
| James Garland Gillingham | on behalf of Creditor United States (IRS) james.gillingham@usdoj.gov |
| Jason Binford | on behalf of Interested Party Texas Health and Human Services Commission jason.binford@oag.texas.gov |
| John M. Vardeman | on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov |

| District/off: 0540-6 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: pdf400 | Total Noticed: 78 |

Laurie A. Spindler
    on behalf of Creditor Gregg County laurie.spindler@lgbs.com  Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

Mark A WEISBART (SBRA V)
    mweisbart@haywardfirm.com  tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com

Mark A. Castillo
    on behalf of Debtor The Linderian Company  Ltd. mcastillo@curtislaw.net

Mark W. Stout
    on behalf of Creditor EBF Holdings  LLC d/b/a Everest Business Funding ms@livepad.com

Robert C. Rowe
    on behalf of Debtor The Linderian Company  Ltd. rrowe@curtislaw.net

Roger S. Cox
    on behalf of Creditor Shefa Healthcare  LLC roger.cox@uwlaw.com, mike.smiley@uwlaw.com;carolyn.corbet@uwlaw.com

TOTAL: 11