**EXHIBIT B**

Debtor obtained a short-term loan at the beginning of this case. *See* Dkt. No. 111.