

**EXHIBIT C**

**Transaction history**
Account: THE LINDERIAN CO
Date: 2/21/2022

**32 transactions**
Search:from:2022-01-19 to:2022-01-31 type:credit exclude:checks

| DATE | DESCRIPTION | CREDITS |
|---|---|---|
| 1/31/2022 | DEPOSIT | $32,745.46 |
| 1/31/2022 | HCCLAIMPMT HUMANA CHA DISB CCD 286829 TRN101484010322487516110131 83 | $8,100.00 |
| 1/31/2022 | HCCLAIMPMT AARP SUPPLEMENTA CCD 432038556 TRN197242378341362739571000036273 | $5,565.00 |
| 1/31/2022 | HCCLAIMPMT HUMANA INS CO CCD 286829 TRN100129006219396513912634 73 | $4,090.00 |
| 1/31/2022 | HCCLAIMPMT AETNA H09 CCD 1750335345 TRN116012722030146210660334 92 | $3,756.00 |
| 1/31/2022 | HCCLAIMPMT HUMANA CHA DISB CCD 286829 TRN101484010322240816110131 83 | $2,960.00 |
| 1/31/2022 | BKCD STLMT TSYS/TRANSFIRST CCD 39300981059107 | $2,212.00 |
| 1/28/2022 | DEPOSIT | $4,426.46 |
| 1/28/2022 | HCCLAIMPMT HUMANA CHA DISB CCD 286829 TRN101484010322024016110131 83 | $3,150.00 |
| 1/28/2022 | HCCLAIMPMT AARP SUPPLEMENTA CCD 432038556 TRN197235818511362739571000036273 | $1,855.00 |
| 1/28/2022 | HCCLAIMPMT HEALTH HUMAN SVC CCD 14320385561000 TRN10SJ17526175033534517460 00156 | $769.53 |
| 1/28/2022 | BKCD STLMT TSYS/TRANSFIRST CCD 39300981059107 | $503.90 |
| 1/27/2022 | DEPOSIT | $3,777.74 |
| 1/27/2022 | BKCD STLMT TSYS/TRANSFIRST CCD 39300981059107 | $14,196.00 |
| 1/27/2022 | HCCLAIMPMT UNITEDHEALTHCARE CCD 432038556 TRN120220127A280036913627395710000TEX01 | $6,916.00 |
| 1/27/2022 | HCCLAIMPMT UHC COMMUNITY PL CCD 432038556 TRN120220126137002151912008 3610000TEX01 | $1,535.13 |
| 1/26/2022 | DEPOSIT | $375.00 |
| 1/25/2022 | HCCLAIMPMT UMR CCD 432038556 TRN172216339713919952760000UMR01 | $16,897.22 |
| 1/25/2022 | BKCD STLMT TSYS/TRANSFIRST CCD 39300981059107 | $5,024.50 |
| 1/25/2022 | HCCLAIMPMT AETNA H09 CCD 1750335345 TRN116012122052471910660334 92 | $3,443.00 |
| 1/25/2022 | HCCLAIMPMT UHC COMMUNITY PL CCD 432038556 TRN120220123189001421912008 3610000TEX01 | $2,679.99 |
| 1/24/2022 | DEPOSIT | $7,074.86 |
| 1/24/2022 | BKCD STLMT TSYS/TRANSFIRST CCD 39300981059107 | $14,924.00 |
| 1/24/2022 | HCCLAIMPMT UHC COMMUNITY PL CCD 432038556 TRN120220122141001851912008 3610000TEX01 | $11,757.24 |
| 1/24/2022 | HCCLAIMPMT UNITEDHEALTHCARE CCD 432038556 TRN120220122108004401362739 5710000TEX01 | $4,732.00 |
| 1/21/2022 | HCCLAIMPMT AETNA H09 CCD 1750335345 TRN116011922035031810660334 92 | $3,878.10 |
| 1/21/2022 | HCCLAIMPMT CIGNA-HEALTHSPRI CCD 111969128 TRN108100060784127812085342 98 | $1,646.67 |
| 1/20/2022 | DEPOSIT | $830.28 |
| 1/20/2022 | HCCLAIMPMT AETNA H09 CCD 1750335345 TRN116011822023870410660334 92 | $9,453.00 |
| 1/20/2022 | HCCLAIMPMT CIGNA-HEALTHSPRI CCD 111969128 TRN108100060780979712085342 98 | $2,833.10 |

| DATE | DESCRIPTION | CREDITS |
|---|---|---|
| 1/20/2022 | WIRE TRANSFER CREDIT RH9 GROUP, LLC C/O ROBERT RIMB 122 NOYES DR PARK RIDGE NJ XXXX7656-1294 US XXXX0120B1QGC07CXXXX7005 XXXX0120MMQFMPJRXXXX0084 XXXX1622FT01 | $125,000.00 |
| 1/19/2022 | DEPOSIT | $4,933.95 |
| Totals | Transactions: 32 | $312,041.13 |