

**EOD**

05/09/2022

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case No. 22-60024 |
| **THE LINDERIAN COMPANY, LTD.** | § | |
| xx-xxx8556 | § | |
| 301 Hollybrook Dr., Longview, TX 75605 | § § | Chapter 11 – Subch. V |
| Debtor. | § | |

## ORDER GRANTING DEBTOR'S MOTION
## TO EXTEND TIME TO FILE PLAN PURSUANT TO 11 U.S.C. § 1189(b)

This matter having come before this Court on the Debtor's Motion to Extend Time to File Plan Pursuant to 11 U.S. Code § 1189; and this Court having found that (1) adequate and sufficient notice of the Motion has been given and no further notice is necessary; (2) this Court has jurisdiction over the Debtor, its estate, property of its estate, and to consider the Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334; (3) venue of this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; (4) this is a core proceeding under 28 U.S.C § 157(b)(2)(A); (5) the relief requested is attributable to circumstances for which the Debtor should not justly be held accountable; and this Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted in this Order; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby ordered:

1.  Pursuant to 11 U.S. Code § 1189, the deadline for the Debtor to file its plan is extended 90 days through July 18, 2022.

2.  All associated deadlines are correspondingly extended.

3.   This Court shall retain jurisdiction to implement, enforce, and interpret this Order.

Signed on 05/09/2022

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

Respectfully submitted,

Mark A. Castillo
Texas State Bar No. 24027795
Robert C. Rowe
Texas State Bar No. 24086253
**CURTIS | CASTILLO PC**
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile:  214.752.0709
Email:mcastillo@curtislaw.net
rrowe@curtislaw.net

**COUNSEL FOR DEBTOR-IN-POSSESSION**